1   Carlo O. Reyes, SBN 226150
     Law Offices of Carlo O. Reyes
2   22122 Sherman Way Suite 203
     Canoga Park, CA91303
3   Tel. 818 883 8838
     E-mail:  carloreyes@att.net



FILED
CLERK, U.S. DISTRICT COURT

DEC - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

4

5

6

7

8              **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11   NOAH (National Organization of Assistance for
      Homeowners), a division of Financial Wellness      **CASE NO.CV10-9409** ODW
12   for Homeowners of Ventura County Corp., a                     (VBKx)
      California Non-Profit Homeowners Association
13   Corporations with chapters NOAH-CONTRA
      COSTA, NOAH-NORTHERN  CALIFORNIA,      **COMPLAINT AND DEMAND FOR JURY**
14   NOAH-ALAMEDA, NOAH-FRESNO, NOAH-        **TRIAL**
      SANFERNANDO,  NOAH-BURBANK, NOAH-
15   LONG BEACH, NOAH-KOREAN TOWN,
      NOAH-SAN DIEGO, with Individual Members
16   VIRGINIA ABITRIA and RODOLFO
      ABITRIA, ANITA ACACIO, JAIME ACIO,
17   ROSA ACOSTA, ANNABELLE AGUAS,
      FRED AGUILAR, MIGUEL AGUILAR,
18   PEDRO AGUILAR, BERNADETTE
      ALABANZA, RICARDO ALATORRE,
19   MERCEDES ALBANA, FELIPA ALCARAZ,
      BENJAMIN ALVARADO, LODVINA
20   ALVAREZ, ISIDRO ALVAREZ, ANTONIO
      ALVE, JOSE AMAYA, LARA ANDRADA,
21   ANGELA ANDRADE, REBECCA ANDRES,
      CASSANDRA ANDRES, MARILYN ANG,
22   ZUHEY APARICIO, GUILLERMO AQUINO,
      ANACLETO AQUINO, FILBERT JOHN
23   AQUINO, DIVINA ARAGON, INOCENCIA
      ARINDAENG, NELSON AVILA, KATHY BA,
24   BRYAN BA, PAGASA BALGOS, BRUCE
      BANH, LARRY BANTOLA, NICK BARIT,
25   MIGUELITO BARRION, ERLINDA
      BAUTISTA, RUBEN BAUTISTA, AGUSTINA

26

27

28

BAUTISTA, EDWIN BELARMINO, LORENA
BELLO, SHIRLEY BERNALDEZ, GUSTAVO
BETANCOURT ORTIZ, MARIA BOLIVAR,
PEDRO BONGOLAN, PAULA BRENNAN,
ERIBERTO BRUCE, GIAP BUI, MYRNA
BURCE, JERRY LEE BURNETT, PURIZA
BURTON, CECIL CABALU, MICHELLE
CABESAS, NORMA CABUSAS, RODOLFO
CAIREL, ANA CALMA, JOSE CAMACHO,
RODITHA CAMACHO, HOMERO CANTU,
FRANCES CAO, CARMELITA CAPISTRANO,
PEDRO CARBAJAL, ASCENCION CARILLO,
JOSEPH CASCASAN, JOSEPHINE
CASTANAR, DANI CASTANAR, JIM
CASTANEDA, LYDIA CENCIL, ANDREW
CHANG, ROLLY CHENG, RUSS CHICO, IN
HWAN CHOI, DORINDA CHU, KENNY
CHUOR, ANTONIO OMEGA COBACHA,
MARIO CONTRERAS, CONRADO CORPUZ,
CANDALERIA CORTEZ, MARIA CORTEZ,
JUAN CORTEZ, CELSO COSTELO, PELAYO
CRESPO, SEGUNDO CRISTOBAL, JOSE
CRUZ, MERCELINDA CRUZ, LEONARDO
CRUZ JR., JOHNNY CUA, MARK DAI, JOHN
DALY, MELVIN DANCEL, TRAN DAO,
NELSON DAO, EMMANUEL DAVID, MARIA
TERESA DAWA, ROBERTO DE ALBA,
EMMA DE CASTRO, BELINDA DE
GUZMAN, SUMIKAT DE JESUS, ARNEL DE
LA CRUZ, LITA DE LARA, JOSE DE
OCAMPO, MARY GRACE DELA CRUZ,
ROMEO DELGADO, ERBEN DETABLAN,
IRENEO DEYPALAN, DIANA DINH, NIEVA
DIONISIO, CUONG DO, NELSON DOCOT,
DARIO DRAKES, JENIFER DUNGCA,
GERMAN EDUARDO DURAN, PRFERIO
EBORLAS, LYDIA EDEJER, ROBERT
EGREN, RENATO EDORA, CAROLINA
EDORA, GENE EISTER, PAT ELA, FLORO
ESPINOSA, JESUS ESPINOZA, MELANIE
ESPIRITU, SEVERINO ESTILLORE JR.,
DELAMOR FELIPE, RODNEY FENIQUITO,
LEYNE FERNANDEZ, EDUARDO FERRER,
MARIA FINALHO, MARIA FINALET, EDITH
FLORES, ANTONIO FLORES, JOSE FLORES,
PLINY LOU FONDEVILLA, RICARDO
FORTEZA, GUADALUPE GALVEZ,

ROSANNA GARCIA, ENRICO GARCIA,
GRISELDA GARCIA, JESUS GARCIA,
VILMA GARCIA, EVANGELINA GENOVE,
NICK GERMONO, ANGELITA GERONA,
ERNESTO GO, TIMOTHY GO, STEVEN
GONZALES, MANOLO GONZALES,
MARLENE GONZALES, MANUEL
GONZALES, JOSE GONZALEZ,
GUILLERMINA GONZALEZ, MARIA
GONZALEZ, RAMON GONZALEZ, JANE
JESSICA GORTON, KENDELL GRISSETT,
WILLIAM GUILLEN, JOJO GUINGAO,
CARMEN GUTIERREZ, ROSE GUTIERREZ,
ABDELLAH HACHIMI, DAN HANG, SUSAN
HARRISON, RIFAT HASA, BEATRICE
HERNANDEZ, MARY ANN HERNANDEZ,
JESUS HERNANDEZ, MANUEL
HERNANDEZ, MARIA HERNANDEZ,
CARLOS HERRERA, DAVID HERRERA,
MONICA HIRAHARA, SUSAN HOANG,
MICHAEL HOLLMANN, YVONNE HONG,
VAN KHANH HONG, ALI HOXHA, HAN
HUYNH, TAMIE HUYNH, NANCY HYSON,
DOMINADOR IGNACIO, NANSHI IGNACIO,
OSARO IKHYWUREFE, PHILIPP ILAGAN,
ESTHER JAMILA, KI JANG, MODESTO,
JAOJOCO, EVA JIANG, MARIA JIMENEZ,
JOHN KALANDJIAN, OMER KASSA,
NOLETTE MARA KING, PABLO KISLANKA,
MARTIN KOSZEGI, EMYROSE LACUESTA,
CARMEN LACY, PREM LAL, HUE LAM,
GARLAND LANDIS, TITO LANTANO, ELSIE
LAVARIAS, MERLITA LAVARIAS,
COURTNEY LAWSON, EMIL LAXAMANA,
BICH-LOAN LE, KHE LE, TRI-PHUOC LE,
OK IM LEE, RACHEL LICUANAN,
ELEANORLICUP, MIGUEL LINA, SHAINA
LISNAWATI, REBECCA LIVINGSTON,
ADRIANO LLANTINO, JERRY LEEVA,
FELIPE R. LOPEZ, LEONARDO LOPEZ,
MARIO LOPEZ, LONGINO LOPEZ,
LONGINO LOPEZ, JOSE WILFREDO LOPEZ,
GEORGINA LUGO, AUGUSTIN LUGUE,
CHEUK KWAN LUI, ANGELO LUNA, BOND
LY, FRANK MACIAS, LIZ MAGBUAL,
RODOLFO MAGDALENO, TRINH MAI,
THAI MAI, BULMARO MALDONADO,

EMMANUEL MALING, ESTER MALLARI,
ZOILA MALTEX, DAVID MANAOAT,
ROGER MANAOAT, DINDO MANGAWANG,
LOUELLA MANZANO, ROMEO MANZANO
JR., BERNARDO MARIGMEN, MARITZA
MARTINEZ, VIOLETA MARTINEZ, ANDRES
MATALON, DINAH MEDINA, JOSE
MENDEZ, CARLITO MENDOZA,
FLORENTINO MENOR, ROMULO MILLAN,
FLORIDO MIRAN, JEREMY MONAHAN,
JOSE MONTES, ADAN MONTFORT,
FRANCISCA MORALES, RAUL MORENO,
EDMUNDO MURILLO, ROSELIE
MURNANE, SIMADRI NAIDU, VICENTE
NAVA, ROMELO NAVARRO, JAN
NEUFELD, TUAN NGUYEN, ANNIE
NGUYEN, NINA NGUYEN, THAO TRAM
NGUYEN, BAO NGUYEN, JIM NGUYEN,
TIN NGUYEN, ERIC NGUYEN, THOU C.
NGUON NGUYEN, NHA NGUYEN, IKE
NGUYEN, MIKE NGUYEN, NANCY
NGUYEN, MIKE NGUYEN, NANCY
NGUYEN, HENRICO NIVERA, JUAN
MANUEL NUNEZ, PEPITO OBCEMEA,
MERCY OBMERGA, JESUS OLAGUEZ,
ORALIA ONTIVEROS, YOLANDA
ORNELAS, JESUS OROZCO, NORA
ORTEZA, MARICINNE PACAL, DINORA
PACHECO, ALFONSO PACHECO,
LAURINDA PAGSANJAN, EDITHA
PALAGANAS, JUAN PAN, GRACIANO
PANGILINAN, VIRGINIA PANTALEON,
CONSUELO PARKHAM, CHELSEA TAE-
RYOUNG PARK, VICENTE PERALTA,
ISIDRO PERRY, MICHAEL PERRY,
ERLINDA PESTANO, VINCENT PHAM,
MANH PHAM, HUNG PHAM, CU PHAM,
TIEN PHAM, VIET PHAM, VAN PHAM,
YVETTE PINSON, MARY JEAN PISCO, JAN
POMORSKI, MANUEL PORRAS, JUAN
PRADO, RIGOBERTO PULIDO, ACHELLE
PUNLA, JOSE VICTORIO QUIATCHON,
MARIO QUIROZ, ROMEO QUREISHI,
CONSUELO RABAYA, EFREM RAMIN,
MILAGROS REOTUTAR, B REPOLLO,
ROMEO REYES, JOSE REYES, AGUSTINA
REYES, LISA RIOS, LORENA RIVAS,

WALTER ROCHA, JAIME RODRIGUEZ,
JORGE RODRIGUEZ, RAFAEL RODRIGUEZ,
MARIA RODRIGUEZ, MOISES RODRIGUEZ,
ROSELLYN ROQUE, CHANTHAVY
SACKDAVONG, DIOSDADO SADANGSAL,
MARIA SALGUERO, SALLY SAMARIS,
JESUS SAN ROQUE, ZOILA SANCHEZ,
GLORIA SANDOVAL, ALBERT SANFORD,
JUAN SANTIAGO, ELISA SANTIAGO,
EMETERIO SANTAIAGO, MADRELYN
SANTOS, STELLA MARIE SASING,
GRACIELA, SAUCEDO, JAMES SCOTT,
KEUM SOO SEOL, JUSTIN SIENG, RUDY B
SILVA, VILMA SIMEON, MARK SMITH,
EDUARDO SOLANA, MEE YOUGN SONG,
ROSIE STEWART, ANTHONY SUICO, BILL
SULLIVAN, CARMELITA SUSBILLA,
DANIEL SUTTON, ANNIE TABLANG,
JETRICK TABLANG, REYNALDO TAGLE,
PATRICIO TAGUDAR, STEPHANIE
TAGUDAR, WILHEMINA TAGUINOD,
JASVEER TAKHAR, MARIETTA TAN, ALEX
TARIOSA, SALVADOR TELLO, HUNG THAI,
JOAQUIN TIANGCO, CHAO WIN TING,
JASMIN TOLEDO, GRACIELA TORRES,
FELIX TORRES, MARIA ZETA, DINGO
TORRICO, HIEN TRAN, THUY TRAN, HONG
TRAN, CHRISTINE TRAN, JACK TRAN,
TRAN TRAN, TOMMY TRAN, TINA TRAN,
VINCENT TRAN, JULIANN MINHTHAO
TRAN, SOMCHAI TUANTHET, MARIA
TUNCHEZ, ARNEL TUPLANO, LUCIA
TUQUERO, FRANCISCO UBANA, HERMILA
URTEZ, TONY VAN ROEKEL, MARTHA
VARGAS, GUSTAVO VELASCO, TERESA
VELAZQUEZ, VICENTE VENTINILLA,
VIRGILIO VILANO, MANUEL VILLANEDA,
ROEL VILLANUEVA, EDDY VILLANUEVA,
MARIO VILLANUEVA, JUAN VIRGEN,
TUAN VU, THOMAS VUONG, RONALD
WRIGHTSIL JR., CHEN XI, SHIRLY XU,
HYUNG IN YANG, LYUDMILA
YERMOLICH, HYUN JONG YOO,
KHLOEUNG YOU, DANIEL YOUNG, ANA
ZAVALA, KEUM HEE AN, BENEDICTO
ARANCILLO, TERESITA AYALA, LOTA
BAUTISTA, NONETTE BERMUDEZ,

1  REBECA BUCIO, SUSAN CADENASSO, LEE
   CARDENAS, ARNOL CARREON, RECA
2  EDORA, BUENA ESCANO, DIANA JONES,
   EUN CHUL KIM, ROCIO LAGUTARIS,
3  DIMAS LEMUS, ANTHONY MABUTOL,
   EMERALDA MACTAL, RAMIL MANZANO,
4  MENANDRO MIRANDA, VIVENCIA
5  OBISPO, GENARO PAED, MICHAEL PHAN,
   ARTHUR QUREISHI, EULALIA RAMOS,
6  JOCELYN ROSETE, SANG WOO SEOL, EVA
   TARIO, SEUNG HEE UM, PAZ VERANO,
7  SUZANNE YIM,
8  Plaintiffs,

9  vs.

10 MORTGAGE ELECTRONIC REGISTRATION
   SYSTEMS,    INC.,    a    California    Foreign
11 Corporation;MERSCORP.  INC.,  a  California
   Foreign Corporation;and DOES 1 through 10,
12 inclusive,

13
                Defendants.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CLASS ACTION COMPLAINT

## INTRODUCTION

1.   For years, mortgage lenders and brokers and lenders have been selling loan products that they knew or should have known would never be able to be repaid by the borrower and would prevent borrowers from ever actually owning the home.   Instead, borrowers were offered interest-only, negative amortization, and/or other subprime loan products that amounted to no more than a short term lease until the payments became so unaffordable that the borrowers are now faced with either bankruptcy or foreclosure.

2.   The housing bubble of the past decade was created by predatory lending practices, such as charging excessive fees, incorporating payment penalties, negative amortization payments, or other abusive terms in the agreements, providing kickbacks to brokers, flipping loans, using balloon payments to conceal the true burden of the financing, requiring unnecessary insurance and other products, including mandatory arbitration clauses, steering borrowers to subprime loans when they qualify for conventional loans, and using bait and switch tactics.   All were rampant within the industry without oversight or good judgment and found to be inconsistent with important national objectives, including the goals of fair access to credit, community development, and stable homeownership by the broadest spectrum of America.

3.   Rather than offering a loan product that was viable and long-term for the borrower and lender, brokers and lenders greedily sold whatever they could get away with, arguably the primary catalyst for what is now this country's worst economic crisis since the Great Depression.

4.   Now that many of the large financial institutions have been recognized in one way or the other as tied to this type of Predatory Lending, other institutions are trying to keep themselves out of that characterization.

5.   One of the "tools" these lending companies is an artificial entity called the Mortgage Electronic Registration System (hereinafter referred to as "MERS"). The creation of MERS was an attempt by large financial institutions to keep them from being held harmless in the Lending crisis and the flood of litigation and liability that ensued.

6.   However, MERS is not what it purported to be.  MERSCORP, Inc. is an electronic loan registry created by the real estate finance industry to eliminate assignments when trading mortgage loans. It eliminates the need to prepare and record assignments when trading residential and commercial mortgage loans.

7.   The company also acts as nominee in the county land records for the lender and servicer. MERSCORP, Inc. serves mortgage originators, servicers, warehouse lenders, wholesale lenders, retail lenders, document custodians, settlement agents, title companies, insurers, investors, county recorders, and consumers.

8.   MERS routinely initiates foreclosures without listing all loan "assignments" – that is, all changes in ownership that occur with the mortgage in question, since mortgages often go through a chain of "assignees."  A basic requirement of the law is that mortgage assignments must be recorded with the county if the mortgage is no longer held by the original lender.  Additionally, assignments must also be listed in the Notice of Mortgage Foreclosure Sale, published in the newspaper, and delivered to the homeowner prior to the sale.

9.   This lawsuit alleges that MERS systematically ignores these requirements and routinely forecloses upon mortgages that have been assigned without recording those assignments or listing them in the published foreclosure notice.  Ironically, MERS was established for the very purpose of tracking loan assignments privately, rather than recording them with government officials.

**PARTIES**

10. Plaintiff, NOAH (National Organization of Assistance for Homeowners), a division of Financial Wellness for Homeowners of Ventura County Corp.,   a California Non-Profit Homeowners Association Corporations with chapters NOAH-CONTRA COSTA, NOAH-NORTHERN  CALIFORNIA, NOAH-ALAMEDA, NOAH-FRESNO, NOAH-SACRAMENTO, NOAH-SAN FERNANDO, NOAH-BURBANK, NOAH-LONG BEACH, NOAH-KOREAN TOWN, NOAH-SAN DIEGO,  with its principle place of business located at 3780 Kilroy Airport Way Suite 200, Long Beach, CA 90806. NOAH is a nonprofit corporation organized and operated exclusively for educational and charitable purposes.  Specifically, this organization has been formed to instruct and train individuals for the purpose of improving and developing their financial capabilities; provide administrative and formative support for the different homeowners association who will be helping each member retain their homes and be financially well in time; and provide relief to the poor, distressed and underprivileged. Plaintiff, NOAH-CONTRA COSTA is a division of Financial Wellness for Homeowners of Contra Costa Corporation, a California Non- Profit Corporation with its principle place of business located at 1990 North California Blvd. Suite 800, Walnut Creek, CA 94596. Noah-Contra Costa is an organization of homeowners north east of San Francisco Bay Area with primary purpose of education and aggregating solutions for every member to become financially well.

11. RODOLFO and VIRGINIA ABITRIA are members of NOAH local chapter who own and reside at 27233 Red Ironbark Drive, Valley Center, CA 92082, a single family home.

12. ANITA ACACIO is a member of NOAH local chapter who owns and resides at 2404 Lucerne Way, San Jose, CA 95122, a single family home.

13. JAIME ACIO is a member of NOAH local chapter who owns and resides at 4601 Darcelle Court, Union City, CA 94587, a single family home.

14. ROSA ACOSTA is a member of NOAH local chapter who owns and resides at 20710 Bassett St, Winnetka, CA 91306, a single family home.

15. ANNABELLE AGUAS is a member of NOAH local chapter who owns and resides at 118 Morningside Drive, Daly City, CA 94015, a single family home.

16. FRED and MARY AGUILAR are members of NOAH local chapter who own and reside at 7914 West Cavalier Drive, Glendale, AZ 85303, a single family home.

17. MIGUEL AGUILAR is a member of NOAH local chapter who own and reside at 1604 Dixie Drive, San Jose, CA 95122, a single family home.

18. PEDRO V. AGUILAR is a member of NOAH local chapter who own and reside at 2607 Yorkshire Drive, Antioch, CA 94531, a single family home.

19. BERNADETTE ALABANZA is a member of NOAH local chapter who own and reside at 5325 Highland View Avenue, Los Angeles, CA 90041, a single family home.

20. RICARDO and TERESA ALATORRE are members of NOAH local chapter who own and reside at 544 Fir Ave, Oxnard, CA 93033, a single family home.

21. MERCEDES ALBANA is a member of NOAH local chapter who own and reside at 929 Canada Drive, Milpitas, CA 95035, a single family home.

22. FELIPA ALCARAZ is a member of NOAH local chapter who own and reside at 9274 Arleta Avenue, Arleta, CA 91331, a single family home.

23. BENJAMIN ALVARADO is a member of NOAH local chapter who own and reside at 1718-1720 Pine Avenue, Long Beach, CA 90813, a single family home.

24. LODIVINA ALVAREZ is a member of NOAH local chapter who own and reside at 332 Pebble Beach Drive, Brentwood, CA 94513, a single family home.

25. ISIDRO ALVAREZ is a member of NOAH local chapter who own and reside at 29648 Andromeda St, Murrieta, CA 92563, a single family home.

26. ANTONIO ALVE is a member of NOAH local chapter who own and reside at 1781 Decarli St, Stockton, CA 95206, a single family home.

27. MERCEDES ALBANA is a member of NOAH local chapter who owns and resides at 929 Canada Drive, Milpitas, CA 95035, a single family home.

28. FELIPA ALCARAZ is a member of NOAH local chapter who owns and resides at 9274 Arleta Ave, Arleta, CA 91331, a single family home.

29. MICO and MYRA ALEJANDRO are members of NOAH local chapter who own and reside at 1070 Prewett ranch, Antioch, 94531, a single family home.

30. BENJAMIN and ROSA ALVARADO are members of NOAH local chapter who own and reside at 1718-1720 Pine Ave., Long Beach, CA 90813, a single family home.

31. ISIDRO and VICTORINA ALVAREZ are members of NOAH local chapter who own and reside at 29648 Andromeda St., Murrieta, CA 92563, a single family home.

32. LODIVINA ALVAREZ is a member of NOAH local chapter who owns and resides at 332 Pebble Beach Drive, Brentwood, CA 94513, a single family home.

33. REYNALDA and DIEGO ALVAREZ are members of NOAH local chapter who own and reside at 9226 Cayuga Ave, Sun Valley, CA 91352, a single family home.

34. ANTONIO ALVE is a member of NOAH local chapter who owns and resides at 1781 Decarli Street, Stockton, CA 95206, a single family home.

35. JOSE AMAYA is a member of NOAH local chapter who own and reside at 11008 NoveldaDr #3, Oakland, CA 94603, a single family home.

36. LARA and CATHERINE ANDRADA are members of NOAH local chapter who own and reside at 8008 Carlisle Way, Vallejo, Ca 95491, a single family home.

37. ANGELA ANDRADE is a member of NOAH local chapter who owns and resides at 6943 Whitaker Avenue, Van Nuys, CA 91406, a single family home.

38. REBECCA and MAEL ANDRES and NANCY ANDRES are members of NOAH local chapter who own and reside at 3039 Rose Avenue, San Jose, CA 95127, a single family home.

39. CASSANDRA ANDRES is a member of NOAH local chapter who owns and resides at 18231 Chase St. Northridge, CA 91325, a single family home.

40. MARILYN and ALDEN ANG are members of NOAH local chapter who own and reside at 3644 Sweet Brook Court, San Jose, CA 95111, a single family home.

41. ZUHEY APARICIO is a member of NOAH local chapter who owns and resides at 2387 Clearcrest Lane, Fallbrook, CA 92028 and 653 N Melrose Dr., Vista, CA 92085, both are single family homes.

42. GUILLERMO and THELMA AQUINO are members of NOAH local chapter who own and reside at 2275 Sabrina Way, Tracy, CA 95377, a single family home.

43. ANACLETO AQUINO is a member of NOAH local chapter who owns and resides at 1614 65th Place, Los Angeles, CA 90047, a single family home.

44. FILBERT JOHN AQUINO is a member of NOAH local chapter who owns and resides at 1086 Swinford Court, Henderson, NV 89002, a single family home.

45. DIVINA ARAGON is a member of NOAH local chapter who owns and resides at 313 E. 220th Street, Carson, CA 90745, a single family home.

46. INOCENCIA ARINDAENG is a member of NOAH local chapter who owns and resides at 1864 Camino Ramon, Danville, CA 94526, a single family home.

47. NELSON and MARIA AVILA are members of NOAH local chapter who own and reside at 44234 63rd St. West Lancaster, CA 93536, a single family home.

48. KATHY BA is a member of NOAH local chapter who owns and resides at 35 Feldin Court, Elk Grove, CA 95758 , a single family home.

49. BRYAN and CATHY BA  are members of NOAH local chapter who own and reside at 8205 Grisham Way, Elk Grove, CA 95758, and 2053 Sunset View Place, San Jose, CA 95116 both single family home.

50. PAGASA BALGOS is a member of NOAH local chapter who owns and resides at 4021 Columbia Drive, Oxnard CA 93033, a single family home.

51. BRUCE BAHN and LEHANG PHAM are members of NOAH local chapter who own and reside at 4028 Carracci Ln., San Jose, CA 95135, 2195 Cunningham Ct., San Jose, CA 95148 and 1237 Oak Haven Way, Antioch, CA 94509, all are single family homes.

52. LARRY and JOVENCIA BANTOLA are members of NOAH local chapter who own and reside at 2251 Woodhill Dr. Pittsburg, CA 94565, a single family home.

53. NICK BARIT is a member of NOAH local chapter who owns and resides at 7512 Beagle St, San Diego, CA 92111, a single family home.

54. MIGUELITO and ESNELIA BARRION are members of NOAH local chapter who own and reside at 9841 Ridge Creek Place, Las Vegas Nevada 89134, a single family home.

55. ERLINDA and LYNN BAUTISTA are members of NOAH local chapter who own and reside at 3158 Urchin Street, Stockton, CA 95206, a single family home.

56. RUBEN BAUTISTA is a member of NOAH local chapter who owns and resides at 3331 Brigadoon Way, San Jose, CA 95121, a single family home.

57. AGUSTINA BAUTISTA is a member of NOAH local chapter who owns and resides at 11580 Fury Lane, #160, El Cajon, CA 92019, a single family home.

58. EDWIN BELARMINO is a member of NOAH local chapter who owns and resides at 5228 San Francesca Drive, Camarillo, Ca 93012, a single family home.

59. LORENA and JOSEPH BELLO are members of NOAH local chapter who own and reside at 37200 The Groves, Palmdale, CA93551, a single family home.

60. SHIRLEY BERNALDEZ is a member of NOAH local chapter who owns and resides at 7230 Zest St, San Diego, CA 92139, a single family home.

61. GUSTAVO BETANCOURT-ORTIZ and MARIA ESCALANTE are members of NOAH local chapter who own and reside at 559 Ezie St, San Jose, CA 95111, a single family home.

62. MARIA BOLIVAR is a member of NOAH local chapter who owns and resides at 4561 Horseshoe Circle, Antioch, CA 94531, a single family home.

63. PEDRO and CATALINA BONGOLAN are members of NOAH local chapter who own and reside at 2724 E. 14th St., National City, CA 919501, a single family home.

64. PAULA BRENNAN is a member of NOAH local chapter who owns and resides at 1582 Fitchville Ave, San Jose, CA 95126, a single family home.

65. ERIBERTO BRUCE and MELECIA SANCHEZ are members of NOAH local chapter who own and reside at 4379 Rustica Circle, Fremont, CA 94536, a single family home.

66. GIAP and ANH BUI are members of NOAH local chapter who own and reside at 558 Lynn Street, Mountain House, CA 95391, a single family home.

67. MYRNA and ROCHELLE BURCE are members of NOAH local chapter who own and reside at 12142 Ramona Boulevard, El Monte, CA 91732, a single family home.

68. JERRY LEE BURNETT is a member of NOAH local chapter who owns and resides at 1493 Pintail Circle, Los Banos, CA 93635, a single family home.

69. PURIZA BURTON is a member of NOAH local chapter who owns and resides at 316 Phoenix Circle, Lincoln, CA 95648, a single family home.

70. CECIL and NATIVIDAD CABALU are members of NOAH local chapter who own and reside at 5266 Falmouth Place, Newark, CA 94560 and479 W. Viento St, Mountain House, CA 95391, both are single family homes.

71. MICHELLE L. CABESAS and LETICIA EDILLO are members of NOAH local chapter who own and reside at 354 Dapple Drive, Vallejo, CA 94591, a single family home.

72. NORMA CABUSAS is a member of NOAH local chapter who owns and resides at 435 Walnut Avenue, Walnut Creek, CA 94598, a single family home.

73. RODOLFO and AVEL CAIREL are members of NOAH local chapter who own and reside at 705 Nightingale St, Livermore, CA 94551, a single family home.

74. ANA CALMA is a member of NOAH local chapter who owns and resides at 5041 Coringa Drive, Los Angeles, CA 90042, a single family home.

75. JOSE CAMACHO is a member of NOAH local chapter who owns and resides at 105 S 31st St, Richmond, CA 94804, a single family home.

76. RODITHA M. CAMACHO is a member of NOAH local chapter who owns and resides at 130 Turquoise Way, Livermore, CA 94550 and 2021 Broadmore St, Livermore, CA 94550, both a single family home.

77. HOMERO CANTU is a member of NOAH local chapter who owns and resides at 412 Fairview Dr, Gonzales, CA 93926, a single family home.

78. FRANCES CAO is a member of NOAH local chapter who owns and resides at 9141 Blue Grass Dr, Stockton, CA 95210, a single family home.

79. CARMELITA CAPISTRANO is a member of NOAH local chapter who owns and resides at 5217 Ellenwood Place, Los Angeles, CA 90041, a single family home.

80. PEDRO and SILVIA CARBAJAL are members of NOAH local chapter who own and reside at 2655 Chopin Avenue, San Jose, CA 95122, a single family home.

81. ASCENCION and ADELAIDA CARILLO are members of NOAH local chapter who own and reside at 1214 E 68th St, Los Angeles, CA 90001, a single family home.

82. JOSEPH CASCASAN is a member of NOAH local chapter who owns and resides at 6339 Rockrose Drive, Newark, CA 94560, a single family home.

83. JOSEPHINE and DANI CASTANAR are members of NOAH local chapter who own and reside at 77 Legacy Dr., Mountain House, CA 95391 and 798 Shelli St., Mountain House, CA 95391, both are single family homes.

84. JIM CASTANEDA is a member of NOAH local chapter who owns and resides at 308 Rosalie Court, Los Banos, CA, 93635.

85. LYDIA CENCIL is a member of NOAH local chapter who owns and resides at 2528 Crystal Way, Antioch, CA 94531, a single family home.

86. ANDREW and CONNIE CHANG are members of NOAH local chapter who own and reside at 6613 South 57th Avenue, Laveen, AZ 85339, a single family home.

87. ROLLY and JENNIFER CHENG are members of NOAH local chapter who own and reside at 4140 Kensington Ct, Concord, CA 94521, a single family home.

88. RUSS and LIBERTY CHICO are members of NOAH local chapter who own and reside at 2869 Glenfrost Ct, San Jose CA 95148, a single family home.

89. IN HWAN CHOI is a member of NOAH local chapter who owns and resides at 26815 Wyatt Lane, Stevenson Ranch, CA 91381, a single family home.

90. DORINDA CHU is a member of NOAH local chapter who owns and resides at 9037 Meadowsweet Way, Elk Grove, CA 95624, a single family home.

91. KENNY CHUOR is a member of NOAH local chapter who owns and resides at 8801 Saint John Drive, Garden Grove, CA 92655, a single family home.

92. ANTONIO O. COBACHA is a member of NOAH local chapter who owns and resides at 8471 Avenida Angelina, Spring Valley, CA 91977, a single family home.

93. MARIO CONTRERAS is a member of NOAH local chapter who owns and resides at 11424 Danube Avenue, Granada Hills, CA 91344, a single family home.

94. CONRADO and ANNA CORPUZ are members of NOAH local chapter who own and reside at 5417 Danube Way, Stockton, CA 95219, a single family home.

95. CANDELARIA CORTEZ is a member of NOAH local chapter who owns and resides at 238 East 79th St, Los Angeles, CA 90003, a single family home.

96. MARIA CORTEZ is a member of NOAH local chapter who owns and resides at 5343 Almira Rd., South Gate CA 90280, a single family home.

97. CANDELARIA CORTEZ is a member of NOAH local chapter who owns and resides at 238 E 79th St Los Angeles, CA 90003, a single family home.

98. MARIA CORTEZ is a member of NOAH local chapter who owns and resides at 5343 Almira Rd, South Gate, CA 90280, a single family home.

99.   JUAN CORTEZ is a member of NOAH local chapter who owns and resides at 34010 Leon St, Lake Elsinore, CA 92530, a single family home.

100. CELSO COSTELO is a member of NOAH local chapter who owns and resides at 2530 Neptune Court, Tracy, CA 95304, a single family home.

101. PELAYO CRESPO and DORINDA SOLORZANO are members of NOAH local chapter who own and reside at 1009 West Merced Avenue, West Covina, CA 91790, a single family home.

102. SEGUNDO CRISTOBAL and ROWENA NAVARRO are members of NOAH local chapter who own and reside at 2321 Huntsman Way, Antioch, CA 94531, a single family home.

103. JOSE CRUZ is a member of NOAH local chapter who owns and resides at 5704 Sunland Ave, Bakersfield, CA 93304, a single family home.

104. MERCELINDA CRUZ is a member of NOAH local chapter who owns and resides at 1391 Trestlewood Lane, San Jose, CA 95138, a single family home.

105. LEONARDO B. CRUZ JR. is a member of NOAH local chapter who owns and resides at 2541 CalleTres Lomas, San Diego, CA 92139, a single family home.

106. JOHNNY CUA is a member of NOAH local chapter who owns and resides at 2380 Crocker Ct, Antioch, CA 94531,a single family home.

107. MARK DAI is a member of NOAH local chapter who owns and resides at 1594 Crucero Drive, San Jose, CA 95122, a single family home.

108. JOHN and CARMENCITA DALY are members of NOAH local chapter who own and reside at 18 Huckleberry Ct., Brisbane, CA 94005 and316 Hoffman St, Colma, CA 94014, both are single family homes.

109. MELVIN and AGUSTINA DANCEL are members of NOAH local chapter who own and reside at 2900 Merion Dr., San Bruno, CA 94066, a single family home.

110. TRAN DAO is a member of NOAH local chapter who owns and resides at 911 Bridgeway Circle, El Sobrante, CA 94803, a single family home.

111. NELSON DAO is a member of NOAH local chapter who owns and resides at 9562 Washington Avenue, Garden Grove, CA 92844, a single family home.

112. EMMANUEL DAVID is a member of NOAH local chapter who owns and resides at 10636 Woodley Ave, Unit #66, Granada Hills, CA 91344, a single family home.

113. MARIA TERESA and EDWARD DAWA are members of NOAH local chapter who own and reside at 1805 Hardy Drive, Woodland, CA 95776, a single family home.

114. ROBERTO DE ALBA is a member of NOAH local chapter who owns and resides at 2036 East Lucien St, Compton, CA 90222, a single family home.

115. EMMA DE CASTRO is a member of NOAH local chapter who owns and resides at 749 Sequoia Dr., Livermore, CA 94551, a single family home.

116. BELINDA DE GUZMAN is a member of NOAH local chapter who owns and resides at 11547 Vimy Rd, Granada, CA 91344, a single family home.

117. SUMIKAT CASTALONE DE JESUS is a member of NOAH local chapter who owns and resides at 3224 Stella Avenue, West Covina, CA, 91792, a single family home.

118. ARNEL DELA CRUZ is a member of NOAH local chapter who owns and resides at 21337 Caroldale Avenue, Carson, CA 90745, a single family home.

119. LITA DE LARA is a member of NOAH local chapter who owns and resides at 592 Via Primavera Ct, San Jose, CA 95111, a single family home.

120. JOSE MANUEL DE OCAMPO is a member of NOAH local chapter who owns and resides at 1621 Park St, Livermore, CA 94551, a single family home.

121. MARY GRACE DELA CRUZ is a member of NOAH local chapter who owns and resides at 1245 S Cypress, Ontario, CA 91762, a single family home.

122. ROMEO and CLEO DELGADO are members of NOAH local chapter who own and reside at 11888 Gruen St, Sylmar, CA 91342, a single family home.

123. ERBEN DETABLAN is a member of NOAH local chapter who owns and resides at 16454 McKeever St, Granada Hills, CA 91344, a single family home.

124. IRENEO DEYPALAN is a member of NOAH local chapter who owns and resides at 11552 Cantlay St, North Hollywood, CA 91605, a single family home.

125. DIANA DINH and ANN LE are members of NOAH local chapter who own and reside at 1356 Thornbury Lane, San Jose, CA 95138, a single family home.

126. NIEVA and JEREMIAH DIONISIO  are members of NOAH local chapter who own and reside at 515 KevenaireDr, Milpitas, CA 95035, a single family home.

127. CUONG DO is a member of NOAH local chapter who owns and resides at 18245 Saratoga Los Gatos Rd, Monte Sereno, CA 95030, a single family home.

128. NELSON and GEDELIZA DOCOT are members of NOAH local chapter who own and reside at 1579 Capitola Circle, Stockton, CA 95206, a single family home.

129. DARIO DRAKES is a member of NOAH local chapter who owns and resides at 3000 El Monte Avenue, Oakland, CA 94605, a single family home.

130. JENIFER DUNGCA is a member of NOAH local chapter who owns and resides at 4474 Mira Loma Dr, Pittsburg, CA 94565, a single family home.

131. GERMAN EDUARDO DURAN is a member of NOAH local chapter who owns and resides at 10287 Haddon St Pacoima, CA 91331, a single family home.

132. PORFERIO EBORLAS is a member of NOAH local chapter who owns and resides at 546 Munich St, San Francisco, CA 94112, a single family home.

133. LYDIA R. EDEJER is a member of NOAH local chapter who owns and resides at 2668 Cinnabar Hills Ct., Brentwood, CA 94513, a single family home.

134. ROBERT A. EDGREN is a member of NOAH local chapter who owns and resides at 509 Capitola Avenue, Capitola, CA 95010, a single family home.

135. RENATO A. EDORA is a member of NOAH local chapter who owns and resides at 7415 Ridgeway Dr., Buena Park, CA 90620, a single family home.

136. CAROLINA C. EDORA is a member of NOAH local chapter who owns and resides at 6971 San Pasqual Circle, Buena Park, CA 90620, a single family home.

137. GENE P. EISTER is a member of NOAH local chapter who owns and resides at 11647 206th St., Lakewood, CA 90715, a single family home.

138. PAT and MON ELA are members of NOAH local chapter who own and reside at 6001 Margarido Dr., Oakland CA 94618-1836, a single family home.

139. FLORO ESPINOSA is a member of NOAH local chapter who owns and resides at 371 Chagall Ct, El Dorado Hills, CA 95762, a single family home.

140. JESUS ESPINOZA and ESTELA PARRA are members of NOAH local chapter who own and reside at 2525 Ohio Ave South Gate, CA 9280, a single family home.

141. MELANIE and JESUS ESPIRITU are members of NOAH local chapter who own and reside at 987 Saint Germain Road, Chula Vista, CA 91913, a single family home.

142. SEVERINO ESTILLORE JR. is a member of NOAH local chapter who owns and resides at 1172 E Newhall Dr., Fresno, CA 93720, a single family home.

143. DELAMOR FELIPE is a member of NOAH local chapter who owns and resides at 11918 Edgecliff Ave, Sylmar, CA 91342, a single family home.

144. RODNEY and EDITHA FENIQUITO are members of NOAH local chapter who own and reside at 27855 Montereina Drive, Rancho Palos Verdes, CA 90275, a single family home.

145. LEYNE and JOSE FERNANDEZ are members of NOAH local chapter who own and reside at 2371 Pisa Circle, Stockton, CA 95206, a single family home.

146. EDUARDO FERRER is a member of NOAH local chapter who owns and resides at 2100 Garnet Circle, Vallejo, CA 94591 and 1029 West 5th St, Benicia, CA 94510, both a single family home.

147. MARIA FIALHO is a member of NOAH local chapter who owns and resides at 30453 Hoylake S, Hayward, CA 94544, a single family home.

148. MARIA FINALET and ROBERT OCHOA are members of NOAH local chapter who own and reside at 844 Lanny Ave., La Puente, CA 91744, a single family home.

149. EDITH FLORES is a member of NOAH local chapter who owns and resides at 6142 Outlook Ave Los Angeles CA 90042, a single family home.

150. ANTONIO STANLEY FLORES is a member of NOAH local chapter who owns and resides at 44460 E 15 St Lancaster CA 93535, a single family home.

151. JOSE FLORES is a member of NOAH local chapter who owns and resides at 19436 Hartland St Reseda, CA 91335, a single family home.

152. PLINY LOU FONDEVILLA is a member of NOAH local chapter who owns and resides at 7140 W. Avenue L-5, Lancaster, CA 93536, 26360 Long Street, Loma Linda, CA 91702, and 25688 Mead St, Loma Linda, CA 92354, all are single family homes.

153. RIC FORTEZA is a member of NOAH local chapter who owns and resides at 13785 Linfield Ave. Sylmar, CA 91342, a single family home.

154. GUADALUPE GALVEZ is a member of NOAH local chapter who owns and resides at 4748 Oak Street, Pico Rivera, CA 90660, a single family home.

155. NOEL and ROSANNA GARCIA are members of NOAH local chapter who own and reside at 2501 East 1st Street, National City, CA 91950, a single family home.

156. ENRICO ORTEGA GARCIA is a member of NOAH local chapter who owns and resides at 6710 Ethel Ave, N Hollywood, Ca 91606, a single family home.

157. GRISELDA Z. GARCIA is a member of NOAH local chapter who owns and resides at 9533 Woodman Ave #6 Arleta, CA 91331, a single family home.

158. JESUS A. GARCIA is a member of NOAH local chapter who owns and resides at 5119 Arroway Ave Covina, CA 91724, a single family home.

159. VILMA GARCIA is a member of NOAH local chapter who owns and resides at 8780 Burnet Ave Unit 9, North Hills, CA 91343, a single family home.

160. EVANGELINA H. GENOVE is a member of NOAH local chapter who owns and resides at 816 N Kenmore Ave, Los Angeles, CA 90029, a single family home.

161. NICK and JOSEPHINE GERMONO are members of NOAH local chapter who own and reside at 1611 Jupiter Drive, Milpitas, CA 95035, a single family home.

162. ANGELITA GERONA is a member of NOAH local chapter who owns and resides at 36147 San Pedro Drive, Fremont, CA 94536, a single family home.

163. ERNESTO GO is a member of NOAH local chapter who owns and resides at 2326 Glendale Blvd Los Angeles, CA 90039 and 18065 Sunburst St Northridge, CA 91325, both are single family homes.

164. TIMOTHY GO is a member of NOAH local chapter who owns and resides at 328 W Elk Ave, Glendale, CA 91204, a single family home.

165. ERNESTO GO is a member of NOAH local chapter who owns and resides at 2326 Glendale Blvd, Los Angeles, CA 90039, a single family home.

166. STEVEN GONZALES is a member of NOAH local chapter who owns and resides at 1987 North Genessee St, Fullerton, CA 92865, a single family home.

167. MANOLO GONZALES and VIRGINIA PAZ RIVERA are members of NOAH local chapter who own and reside at 2036 E. Poppy St., Long Beach, CA 90805, a single family home.

168. MARLENE GONZALES is a member of NOAH local chapter who owns and resides at 6812 TrailrideWay, Citrus Heights, CA 95621, a single family home.

169. MANUEL GONZALES and WILMA LIAO are members of NOAH local chapter who own and reside at 5621 Leitrim way, Antioch, CA 94531, a single family home.

170. JOSE GONZALEZ is a member of NOAH local chapter who owns and resides at 440 Mark Avenue, Shafter, CA 93263, a single family home.

171. GUILLERMINA GONZALES and JUAN JOSE CORTES are members of NOAH local chapter who own and reside at 2710 Downer Ave, Richmond, CA94804, a single family home.

172. MARIA GONZALEZ is a member who owns and resides at 3400 Folsom St, Los Angeles, CA 90063, a single family home.

173. RAMON GONZALEZ is a member who owns and resides at 647 Tamarack Dr, Union City, CA 94587, a single family home.

502. The factual circumstances described above affecting the Plaintiffs and their properties are not isolated occurrences.

503. Failure to obtain valid written assignment prior to commencing the legal process of noticing and conducting foreclosures has become common and routine.

504. Representatives are commonly and routinely made to the California Courts that a foreclosing Plaintiff is the "assignee" of the mortgage even when no valid assignment of the mortgage exists.

505. Representations are commonly and routinely included in notices required by statute that the party giving notices is the "assignee" of the mortgage even when no valid assignment of the mortgage exists.

506. Parties that do not hold the statutory power of sale commonly and routinely conduct foreclosure sales.

507. At such foreclosure sales, it is generally true that properties sell for less than their full market value.

508. Defendants and members of the Defendants' class routinely bill for foreclosure processes that are invalid under the law. These charges are then placed on borrowers' accounts.

509. The conduct indentified in this Compliant is willful and knowing.

510. The problems identified in this case are more than simple technical issues. As more mortgages are securitized, sold into pools and transferred to various entities across the county, it is entirely possible, if not likely, that more than one entity asserts rights under the mortgage. The historical legal protection to prevent these conflicts is a writing that complies with the statute of frauds.

511. In addition to protecting homeowners and others with an interest in the property being foreclosed, compliance with the technical requirements of the law protects future owners in the echoing of the title. Ultimately, compliance with the law is not onerous to the Defendants. Any burdens are far outweighed by the benefits of a clearly established written record of transfers that may affect the validity of California's titles.

## CLASS ACTION ALLEGATIONS

512. Plaintiffs bring this action on behalf of themselves and a Plaintiff Class of all other persons similarly situated ("Plaintiff Class"), against the Named Foreclosing Defendants and a Defendant class of all other Defendants similarly situated other Named Foreclosing Defendants pursuant to Fed. R. Civ. P. 23.

### A.    THE PLAINTIFF CLASS

513. The Plaintiff Class includes and is represented by the Plaintiffs and consists of all California residents in the following subclass:

(SUBCLASS 1: FORECLOSED BORROWER SUBCLASS BY MERS AS BENNFICIARY)

Individuals whose primary residence was foreclosed by power of sale in the past four yearswhom MERS was a named beneficiary under the Deed of Trust.

514. There are questions of law and fact common to all members of the Plaintiff Class, these questions predominate over any questions affecting only individual Plaintiff Class members. The principal common issues are:

a.   Where a power to sell real property is given to a mortgagee, or other entity whom has placed an encumbrance on title, in an instrument intended to secure the payment of

money, is the power part of the security and vests in any person who by assignment becomes entitled to payment of the money secured by the instrument?

      i.May the power of sale be exercised by the assignee if the assignment is duly acknowledged and recorded?

b. Is MERS simply an "artificial" entity designed to circumvent certain laws and other legal requirements dealing with mortgage loans?

      i.Does MERS have a lack of standing to foreclose of the Plaintiff's property?

c. By designating certain member employees to be MERS corporate officers, MERS has created a situation whereby the foreclosing agency and MERS "designated officer" has a conflict of interest.

d. Since neither MERS nor the servicer have a beneficial interest in the note, nor do they receive the income from the payments, and since it is actually an employee of the servicer signing the Assignment in the name of MERS, is the Assignment executed by the MERS employee is legal?

      i. Will an assignment of a mortgage in the absence of the assignment and physical delivery of the note result in a nullity?

e. Has MERS ever acquires actual physical possession of the mortgage note, nor do they acquire any beneficial interest in the Note.

f. Is there a conflict of interest and identity between the servicer and MERS (the beneficiary)?

g. Whether MERS acted without authority pursuant to a power of sale during the foreclosure process?

h. Whether Plaintiff Class members are entitled to declaratory judgment, injunctive relief or damages?

515. The only individual questions concern the identification of members of the Plaintiff Class. Identification can be made by a review of records in the possession of the Defendant, Members of the Defendant Class (defined below) and/or from public records.

516. Mailed notice can be provided to the Plaintiff Class by various means of communications, as identified in public records, the records of the Defendant, the records of members of the Defendant Class (defined below) and/or in other sources. Publication notice can be provided to supplement mailed notice.

517. Plaintiffs' claims are typical of the claims of Plaintiff Class members. All are based on the same legal and remedial theories.

518. Plaintiffs will fairly and adequately protect the interest of all Plaintiff Class members in the prosecution of this action and in the administration of all matters relating to claims stated herein. They are similarly situated with, and have suffered similar injuries as, the members of the class they seek to represent.

519. Plaintiffs have retained a team of attorneys experienced in handling defenses to foreclosure as well as complex litigation and/or class action suits involving unfair business practices and consumer law. Neither the Named Plaintiffs nor their counsel have any interest that might cause them not to vigorously pursue this action.

**B. THE DEFENDANT CLASS**

520. The Defendant Class includes and is represented by MERS and consists of the entity that has been names a beneficiary under the Plaintiff's loans, within the last four years, in California

and whom are not authorized to foreclose by the statutory power of sale because such entities are in essence artificial and have no standing to foreclose. ("Defendant Class").

521. There are questions of law and fact common to all members of the Defendant Class, which predominate over any question affecting only individual class members. The principal common issues are:

    a. Where a power to sell real property is given to a mortgagee, or other entity whom has placed an encumbrance on title, in an instrument intended to secure the payment of money, is the power part of the security and vests in any person who by assignment becomes entitled to payment of the money secured by the instrument?

        i. May the power of sale be exercised by the assignee if the assignment is duly acknowledged and recorded?

    b. Is MERS simply an "artificial" entity designed to circumvent certain laws and other legal requirements dealing with mortgage loans?

        i. Does MERS have a lack of standing to foreclose of the Plaintiff's property?

    c. By designating certain member employees to be MERS corporate officers, MERS has created a situation whereby the foreclosing agency and MERS "designated officer" has a conflict of interest.

    d. Since neither MERS nor the servicer have a beneficial interest in the note, nor do they receive the income from the payments, and since it is actually an employee of the servicer signing the Assignment in the name of MERS, is the Assignment executed by the MERS employee is legal?

    i. Will an assignment of a mortgage in the absence of the assignment and physical delivery of the note result in a nullity?

e. Has MERS ever acquires actual physical possession of the mortgage note, nor do they acquire any beneficial interest in the Note.

f. Is there a conflict of interest and identity between the servicer and MERS (the beneficiary)?

g. Whether MERS acted without authority pursuant to a power of sale during the foreclosure process?

h. Whether Plaintiff Class members are entitled to declaratory judgment, injunctive relief or damages?

522. The only individual questions concern the identification of members of the Defendant Class. Identification can be made by review of records in the possession of the Defendant and/or from public records.

523. Notice can be provided to the Defendant Class by various means of communications, as identified in public foreclosure records, the records of the Defendant and/or in other sources..

524. The Named Foreclosing Defendants can fairly and adequately protect the interest of all Defendant Class members in the defense of this action and in the administration of all matters relating to claims stated herein. They are similarly situated with, and have similar defenses to the members of the Defendant Class. They can be expected to retain counsel to vigorously defend this action.

**C. OTHER CLASS ACTION ISSUES**

525. A class action is superior to other available methods for the fair and efficient adjudication of this controversy, in that:

a. the losses suffered by the Plaintiff Class members are such that prosecution of individual actions is impractical or economically unfeasible;

b.  the form of proof required is such that prosecution of individual actions is impractical or economically unfeasible;

c.  in the absence of the class action devise, Plaintiffs and Plaintiff Class Members would be left without a remedy for the wrongful acts alleged, and the Defendants would be unjustly enriched;

d.  the prosecution of separate lawsuits by individual members of the Plaintiff Class would create a risk of inconsistent adjudications with respect to individual class members, which would establish incompatible standards of conduct for the named Defendants and the Defendant Class, making concentration of the litigation concerning this matter in this Court desirable;

e.  the claims of the representative Plaintiffs are typical of the claims of the Plaintiff Class; and

f.  no unusual difficulties are likely to be encountered in the management of this action as a class action.

526. Both the Plaintiff Class and the Defendant Class are so numerous as to make it impracticable to join all members in this action. Based upon the investigation of counsel, the number of members of the Plaintiff Class is estimated to be in excess of 1000 persons.

## COUNT I

### Declaratory Relief

527. Plaintiffs re-alleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

528. An actual controversy has arisen and now exists between Plaintiffs and Defendants regarding their respective rights and duties, in that Plaintiffs contends that Defendants did not have

the right to foreclose on the Subject Property because Defendants' security interest in the Subject Property has been rendered void by operation of law, pursuant to 24 Code of Federal Regulations 3500.10, the California Civil Code, the Federal Trade Commission Act, California Business and Professions Code and UDAP statutes. Thus the purported power of sale by Defendants no longer applies. Plaintiffs further contend that Defendants do not have the right to foreclose on the Subject Property because Defendants did not properly comply with proper securitization laws.

529. Plaintiffs request that this Court find the purported power of sale contained in the Loan of no force and effect at this time, because Defendants actions in the processing, handling and attempted foreclosure of this loan has contained numerous violations of State and Federal laws designed to protect borrowers, which has directly caused Plaintiffs to be at an equitable disadvantage to Defendants. Plaintiffs further request that title to the Subject Property remain in Plaintiffs' name, with said Deed of Trust remaining in beneficiaries' name, during the pendency of this litigation, and deem the any sale of the Subject Property "unlawful and void".

530. As a result of the Defendants' actions, Plaintiffs has suffered damages according to proof, and seeks declaratory relief that Defendants' purported power of sale is void and has no force or effect against the Subject Property.

531. Further, Defendants' actions have been willful, knowing and malicious.

WHEREFORE, Plaintiffs pray for relief as set forth below.

## COUNT II

### Injunctive Relief

532. Plaintiffs re-alleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

533. Defendants have commenced a foreclosure action under the Note and have illegally sold the Subject Property via a non-judicial sale. Said sale has caused and continues to cause Plaintiffs great and irreparable injury in that real property is unique. Further, due to the glaring and vast inconsistencies and obvious flaws in lending practices and procedures, the Defendants should have known the property they were attempting to purchase was caused to be sold fraudulently. As such, the sale should be reversed and the Deed of Trust restored in Plaintiffs' name alone.

534. The wrongful conduct of Defendants, unless restrained and enjoined by an order of the court, will continue to cause great and irreparable harm to Plaintiffs. Plaintiffs will not have the beneficial use and enjoyment of the property and will lose their home.

535. Plaintiffs have no other plain, speedy or adequate remedy and the injunctive relief prayed for below is necessary and appropriate at this time to prevent irreparable loss to Plaintiffs. Plaintiffs have suffered and will continue to suffer in the future unless Defendants' wrongful conduct is restrained and enjoined because real property is inherently unique and it is and will be impossible for Plaintiffs to determine the precise amount of damage Plaintiffs will suffer.

WHEREFORE, Plaintiffs pray for relief as set forth below.

## COUNT III

### Determine Nature, Extend and Validity of Lienunder

### California Commercial Code §9313

536. Plaintiffs re-allege and incorporate by reference all preceding paragraphs as though fully set forth herein.

537. A written instrument that purports to be a Deed of Trust executed by Plaintiffs is presently in existence and under Defendant's control. The Deed of Trust is voidable in that there is no enforceable underlying promissory note for the deed of trust to secure.

538. The Note has allegedly travelled from lender to MERS.

539. This is the promissory note which they intend to foreclose upon. Plaintiffs alleges on information and belief that <u>MERS, MERS' subsidiaries or artificial entities, nor any Unknown Defendants possess the original promissory note</u> nor did Defendants ever take actual possession of the original promissory note.

540. Defendants failed to comply with California Commercial Code §9313.

541. As a result, defendants never perfected their interest in the above referenced deed of trust.

542. Said unperfected security interest of defendant is void as to Plaintiffs by virtue of 11 U.S.C. §544.

WHEREFORE, Plaintiffs pray for relief as set forth below.

### COUNT IV

**Violation of California Civil Code § 2932.5**

**Lack of Standing**

543. Plaintiffs re-alleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

544. Where a power to sell real property is given to a mortgagee, or other entity whom has placed an encumbrance on title, in aninstrument intended to secure the payment of money, the power is part of the security andvests in any person who by assignment becomes entitled to payment of the money secured bythe instrument. The power of sale may be exercised by the assignee if the assignment is dulyacknowledged and recorded.

545. Here, lenders have essentially attempted to name themselves the beneficiary under this loan by alleging that MERS is the beneficiary. However, the chain of title has not remained consistent and is not in compliance with the securitization process.

546. The alleged actual owner of the note has not executed the Assignment to the new party. An assignment of a mortgage in the absences of the assignment and physical delivery of the note will result in a nullity.

547. None of the Defendants alleged to have an interest in the Subject Property have ever acquired actual physical possession of the mortgage note, nor do they acquire any beneficial interest in the Note.

548. The Note and the Deed have been separated.  Therefore, there is no ability to foreclose on the property.

549. The Chain of Title for the Deed shows the separation of the Note from the Deed.

550. One can only conclude after a reading of this section, thatthe Defendants, and each of them, have no legal standing toforeclose.

WHEREFORE, Plaintiffs prays for judgment against Defendants, and each of them, as set forth herein.

## COUNT V

### Unfair And Deceptive Business Act Practices (UDAP)

551. Plaintiffs re-allege and incorporate by reference all preceding paragraphs as though fully set forth herein.

552. Defendants failed to undergo a diligent foreclosure and securitization process for this loan a alleged in this complaint.  They also failed to properly adjust and disclose facts and circumstances relating to the Notice of Trustee Sale by way of misleading facts.

553. Defendants were created to assist lenders in the foreclosure process and are fictitious in nature. They cannot legally be named a beneficiary and cannot stand to deny or injure Plaintiffs their legal right to challenge foreclosure or remain in their property lawfully.

554. MERS is simply an "artificial" entity designed to circumvent certain laws and other legal requirements dealing with mortgage loans.

555. By designating certain member employees to be MERS corporate officers, MERS has created a situation whereby the foreclosing agency and MERS "designated officer" has a conflict of interest.

556. Neither MERS nor the servicer have a beneficial interest in the note, nor do they receive the income from the payments, and since it is actually an employee of the servicer signing the Assignment in the name of MERS, the Assignment executed by the MERS employee is illegal.

557. MERS never acquires actual physical possession of the mortgage note, nor do they acquire any beneficial interest in the Note.

558. There is a conflict of interest and identity between the servicer and MERS (the beneficiary)?

559. By reason of the foregoing, Plaintiffs has suffered and continues to suffer damages in a sum which is, as yet unascertained.

WHEREFORE, Plaintiffs pray for relief as set forth below.

### PRAYER FOR RELIEF

WHEREFORE Plaintiffs will ask for the following for each Cause of Action sustained:

### PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiffs respectfully request that this honorable Court:

1. assume jurisdiction over this matter;

2. certify this case as a Plaintiff class action and appoint Named Plaintiffs to be Plaintiff Class and Subclass representatives and their counsel to be class counsel;

3. certify this case as a Defendant class action and appoint Named Foreclosing Defendants as class representatives for the Defendant Class and their counsel to be class counsel;

4. as to the Plaintiff class, issue declaratory and/or injunctive relief setting aside the foreclosure sales of their homes as void or voidable and in violation of statute and public policy;

5. as to the Plaintiff Class issue an injunction and/or declaratory relief to prevent further improper foreclosure related proceedings;

6. as to the Plaintiff Class issue an injunction preventing assessment or collection of attorney's fees and charges for improper foreclosure proceedings, together with an order of restitution or disgorgement with respect to such fees and charges already paid;

7. award damages, attorney's fees and costs to Plaintiffs and Plaintiff Class on each claim set forth above;

8. as to all Plaintiffs and Plaintiff's Class, issue a temporary and/or permanent injunction of the eviction proceedings pending against her/him/them;

9. as to all Plaintiffs and Plaintiff's Class, issue a temporary and/or permanent injunction of the eviction proceedings pending against them;

10. as to all Plaintiffs and Plaintiff's Class, issue a temporary and/or permanent injunction of the foreclosure proceeding and foreclosure sale now pending;

11. award such other relief as the Court deems necessary in equity and the interests of justice.

12. Any other and further relief that the Court considers just and proper.


November  29, 2010

CARLO REYES, ESQ

174. JANE JESSICA GORTON is a member who owns and resides at 8995 Corto Rd, Apple Valley, CA 92308, a single family home.

175. KENDELL and ELEONOR L. GRISSET are members of NOAH local chapter who own and reside at 1538 Shoreacres Dr. Chula Vista CA 91915, a single family home.

176. WILLIAM and ROSARIO F. GUILLEN are members of NOAH local chapter who own and reside at 736 Andrea Way, Pittsburg, CA 94565, a single family home.

177. JOJO and JARDIN GUINGAO are members of NOAH local chapter who own and reside at 9677 Thunderbird Dr., San Ramon 94583, a single family home.

178. CARMEN GUTIERREZ is a member of NOAH local chapter who owns and resides at 1111 South Clymar Ave Compton, CA 90220, a single family home.

179. ROSE L. GUTIERREZ is a member of NOAH local chapter who owns and resides at 29168 SpringshoresDr, Romoland, CA 92585, a single family home.

180. ABDELLAH HACHIMI is a member of NOAH local chapter who owns and resides at 363 Alamo Way, Oceanside, CA 92507, a single family home.

181. DAN HANG is a member of NOAH local chapter who owns and resides at 1996 Edgebank Drive, San Jose, CA 95122 , a single family home.

182. SUSAN HARRISON is a member of NOAH local chapter who owns and resides at 1026 Westcreek Lane, Westlake Village, CA 91362, a single family home.

183. RIFAT HASA is a member of NOAH local chapter who owns and resides at 2676 BrookhollowDr, San Jose, CA 95132, a single family home.

184. BEATRIZE HERNANDEZ is a member of NOAH local chapter who owns and resides at 17 Egret Lane, Watsonville, CA 95076, a single family home.

185. MARY ANN HERNANDEZ is a member of NOAH local chapter who owns and resides at 1070 Ofarrel Ct, Salinas, CA 93907, a single family home.

186. JESUS HERNANDEZ is a member of NOAH local chapter who owns and resides at 763 32nd St, Richmond, CA 94804, a single family home.

187. MANUEL E. HERNANDEZ and DONALD JOHN CHALLONER are members of NOAH local chapter who own and reside at 42572 YoungstownDr, Hemet, CA 92544, a single family home.

188. CARLOS and ROSA HERRERA are members of NOAH local chapter who own and reside at 1817 Redondo Road, West Sacramento, CA 95691 , a single family home.

189. DAVID and ROSALIND HERRERA are members of NOAH local chapter who own and reside at 1307 Peregrine Drive, Gilroy, CA 95020, a single family home.

190. MONICA HIRAHARA is a member of NOAH local chapter who owns and resides at 1313-1315 W Verdugo Ave Burbank CA 91506, a single family home.

191.     SUSAN HOANG is a member of NOAH local chapter who owns and resides at 5630 W. Wood Street, Phoenix, AZ 85043, a single family home.

192. MICHAEL ADAM and LALAINE P. HOLLMANN are members of NOAH local chapter who own and reside at 2561 Sunrise Drive, Monterey Park, CA 91756 , a single family home.

193. YVONNE N. and HOA Q. HONG are members of NOAH local chapter who own and reside at 1040 Gordon Street, Milpitas, CA 95035, a single family home.

194. VAN KHANH HONG is a member of NOAH local chapter who owns and resides at 895 Valencia Dr, Milpitas, CA 95035, a single family home.

195. ALI HOXHA is a member of NOAH local chapter who owns and resides at 5137 Rescue Court, Sacramento, CA 95841, a single family home.

196. HAN HUYNH is a member of NOAH local chapter who owns and resides at 2942 Alviena Drive, San Jose, CA 95133, a single family home.

197. TAMIE HUYNH is a member of NOAH local chapter who owns and resides at 8161 Bellhaven St, La Palma, CA 90623, a single family home.

198. NANCY N. HYSON is a member of NOAH local chapter who owns and resides at 922 Craven Dr., Suisun City, CA 94585, a single family home.

199. DOMINADOR C. IGNACIO is a member of NOAH local chapter who owns and resides at 2915 Ocean Mist Ct, Stockton, CA 95209, a single family home.

200. NANSHI IGNACIO is a member of NOAH local chapter who owns and resides at 11398 Camino Ruiz, San Diego, CA 92126, a single family home.

201. OSARO IKHYWUREFE is a member of NOAH local chapter who owns and resides at 1651 Hollowcreek Place, San Jose, CA 95121, a single family home.

202. PHILIPP and KATHERINE ILAGAN  re members of NOAH local chapter who own and reside at 4244 Solar Circle, Union City, CA 94587, a single family home.

203. ESTHER C. JAMILA is a member of NOAH local chapter who owns and resides at 14910 Abbots Ford Lane, Victorville, CA  92392 , a single family home.

204. KI JANG is a member of NOAH local chapter who owns and resides at 12730 Boeing Ct. Victorville, CA 92392, a single family home.

205. MODESTO JAOJOCO is a member of NOAH local chapter who owns and resides at 2486 Limestone Court, Chino Hills, CA 91709, a single family home.

206. EVA JIANG and JIE LU and YU SU JU GUO are members of NOAH local chapter who own and reside at 5167 Stone Canyon Drive, Castro Valley, CA 94552, a single family home.

207. MARIA OCHOA JIMENEZ is a member of NOAH local chapter who owns and resides at 11978 Sun Road, Stockton, CA 95215, a single family home.

208. JOHN KALANDJIAN and NELLY TOSSOUNIAN are members of NOAH local chapter who own and reside at 1468 Locust Street, Pasadena, CA 91106 , a single family home.

209. OMER and HIRUT L. KASSA are members of NOAH local chapter who own and reside at 3712 Underwood Drive, San Jose, CA 95117, a single family home.

210. NOLETTE MARA KING is a member of NOAH local chapter who owns and resides at 1419 Cottonwood St, Upland, Ca 91786, a single family home.

211. PABLO KISLANKA is a member of NOAH local chapter who owns and resides at 5125 Parkford Circle, Granite Bay, CA 95746 and 74 Vine St, San Carlos, CA 94070, both are single family homes.

212. MARTIN KOSZEGI is a member of NOAH local chapter who owns and resides at 3203 W Rangecrest Pl, Sugarland, TX 77479, a single family home.

213. EMYROSE LACUESTA is a member of NOAH local chapter who owns and resides at 7747 Beck Ave, North Hollywood, CA 91605, a single family home.

214. CARMEN LACY is a member of NOAH local chapter who owns and resides at 1532 Satellite Dr, Sparks, NV 89436 and 1334 N Sparks Street, Burbank, CA 91506, both are single family homes.

215. PREM LAL is a member of NOAH local chapter who owns and resides at 1178 Santa Lucia Dr., Pittsburg, CA 94565, a single family home.

216. HUE LAM is a member of NOAH local chapter who owns and resides at 3427 Brushcreek Way, San Jose, Ca 95121, a single family home.

217. GARLAND LANDIS is a member of NOAH local chapter who owns and resides at 577 S 9th St, San Jose, CA 95112, a single family home.

218. TITO LANTANO is a member of NOAH local chapter who owns and resides at 1884 Osage Ave, Hayward, CA 94545, a single family home.

219. ELSIE LAVARIAS is a member of NOAH local chapter who owns and resides at 3749 Armour Ct, Fremont, CA 94555, a single family home.

220. MERLITA LAVARIAS is a member of NOAH local chapter who owns and resides at 1693 Salamoni Ct, San Jose, CA 95133, a single family home.

221. COURTNEY LAWSON is a member of NOAH local chapter who owns and resides at 2621 W HazelhurstDr, Phoenix, AZ 85086, a single family home.

222. EMIL LAXAMANA is a member of NOAH local chapter who owns and resides at 446 Hotchkiss St, Tracy, CA 95376, a single family home.

223. BICH-LOAN LE is a member of NOAH local chapter who owns and resides at 3858 Colma Avenue, Merced, CA 95348, a single family home.

224. KHE LE and THAO TRAN are members of NOAH local chapter who own and reside at 12115 Rodeo Avenue, Bakersfield, CA 93312, a single family home.

225. TRI-PHUOC VAN LE is a member of NOAH local chapter who owns and resides at 3653 Sierra Road, San Jose, Ca 95132, a single family home.

226. OK IM LEE is a member of NOAH local chapter who owns and resides at 26250 Corona Dr, Helendale, CA 92342, a single family home.

227. RACHEL LICUANAN is a member of NOAH local chapter who owns and resides at 2102 Nottoway Ave, San Jose, CA 95113, a single family home.

228. ELEONOR and DANTE LICUP are members of NOAH local chapter who own and reside at 1583 Mc Coy Avenue, Campbell, CA 95008, a single family home.

229. MIGUEL LINA and JOSE MIRELES are members of NOAH local chapter who own and reside at 2709 Lander St., Thousand Oaks, CA 91320, a single family home.

230. SHAINA LISNAWATI is a member of NOAH local chapter who owns and resides at 646 Clauser Drive, Milpitas, CA 95035, a single family home.

231. REBECCA LIVINGSTON is a member of NOAH local chapter who owns and resides at 638 Mt Rushmore Drive, Newman, CA 95360, a single family home.

232. ADRIANO and JOVITA LLANTINO are members of NOAH local chapter who own and reside at 42 San Miguel Avenue, Daly City, CA 94015, a single family home.

233. JERRY A. and LLANILA C. LLEVA are members of NOAH local chapter who own and reside at 1473 Edgehill Dr., Chula Vista, CA 91913, a single family home.

234. FELIPE R. and FERNANDO LOPEZ are members of NOAH local chapter who own and reside at 165 BENNETT ST., GILROY, CA 95020, a single family home.

235. LEONARDO and CARMEN LOPEZ are members of NOAH local chapter who own and reside at 601 Evangeline Way, Hayward, CA 94544, a single family home.

236. MARIO LOPEZ is a member of NOAH local chapter who owns and resides at 2410 W Elowin Avenue, Visalia, CA 93291, a single family home.

237. LONGINO LOPEZ is a member of NOAH local chapter who owns and resides at 7330 Amestoy Ave Van Nuys, CA 91406, a single family home.

238. JOSE WILFREDO LOPEZ is a member of NOAH local chapter who owns and resides at 15757 Cohasset Street, Van Nuys, CA 91406, a single family home.

239. GEORGINA LUGO is a member of NOAH local chapter who owns and resides at 4008 Benbow Ct., Antioch, CA 94531, a single family home.

240. AUGUSTIN LUGUE is a member of NOAH local chapter who owns and resides at 1974 N Pamela Avenue, Clovis, CA 93619, a single family home.

241. CHEUK KWAN LUI is a member of NOAH local chapter who owns and resides at 3953 Wilson Ave, Castro Valley, CA 94546, a single family home.

242. ANGELO and MERCY LUNA are members of NOAH local chapter who own and reside at 14818 Baca Court, Baldwin Park, CA 91706 and 6220 Bliss St. North Las Vegas, CA 89081, both are single family homes.

243. BOND LY is a member of NOAH local chapter who owns and resides at 2366 Mossdale Way, San Jose, CA 95133, a single family home.

244. FRANK and KATHY MACIAS are members of NOAH local chapter who own and reside at 11852 N. 59th Lane, Glendale, AZ 85304, a single family home.

245. LIZ MAGBUAL is a member of NOAH local chapter who owns and resides at 6538 Naomi Avenue, Buena Park, CA 90620 and 32955 Buckskin Rd, Temecula, CA 92592, both are single family homes.

246. RODOLFO MAGDALENO is a member of NOAH local chapter who owns and resides at 2919 Chevy way, San Pablo, CA 94806, a single family home.

247. TRINH MAI is a member of NOAH local chapter who owns and resides at 6069 Pineland Ave, San Jose, CA 95123, a single family home.

248. THAI MAI is a member of NOAH local chapter who owns and resides at 8851 GarrityDr, Elk Grove, CA 95624, a single family home.

249. BULMARO MALDONADO is a member of NOAH local chapter who owns and resides at 2026 Orange Long Beach, CA 90806, a single family home.

250. EMMANUEL MALING is a member of NOAH local chapter who owns and resides at 1658 Welford Circle, Hayward, CA 84544, a single family home.

251. ARTURO and ESTER B. MALLARI are members of NOAH local chapter who own and reside at 658 Rosita Ct., Chula Vista, CA 91910, a single family home.

252. ZOILA MALTEZ is a member of NOAH local chapter who owns and resides at 510 N North Redwood Dr, Anaheim, CA 92806 and 9028 Vena Ave, Arleta, CA 91331, both are single family homes.

253. DAVID and LEAH MANAOAT are members of NOAH local chapter who own and reside at 102 Sonora Ct., Oakley, CA 94561, a single family home.

254. ROGER and LOLITA MANAOAT are members of NOAH local chapter who own and reside at 1368 Oak crest Ct., Antioch, CA 94531, a single family home.

255. DINDO and ADELA MANGAWANG are members of NOAH local chapter who own and reside at 5201 Rainwood Way, Antioch, Ca 94531, a single family home.

256. ROMEO MANZANO is a member of NOAH local chapter who owns and resides at 4084 Monte Verde Dr. El Dorado Hills, CA 95762, a single family home.

257. ROMEO AND LOUELLA MANZANO are members of NOAH local chapter who owns and resides at 3318 Woodside Lane, San Jose, CA 95121, 2850 Cornwall Dr, San Jose, CA 95127, 4084 Monte Verde, El Dorado Hills, CA 95762, and 4140 Loganberry Dr, San Jose, CA 95121, all are single family homes.

258. BERNARDO and KASSERINE MARIGMEN are members of NOAH local chapter who own and reside at 2410 Michael Ave, Zion, IL 60099, a single family home.

259. MARITZA MARTINEZ is a member of NOAH local chapter who owns and resides at 4516 147th St Lawn Dale, CA 90260, a single family home.

260. VIOLETA and RONELO MARTINEZ are members of NOAH local chapter who own and reside at 16031 San Fernando Mission Blvd., Granada Hills, CA 91344, a single family home.

261. ANDRES and MARIA MATALON are members of NOAH local chapter who own and reside at 13825 Avenidadela Luna, Jamul, CA 91935, a single family home.

262. DINAH MEDINA is a member of NOAH local chapter who owns and resides at 16416 Montbrook Street, La Puente, CA 91744, a single family home.

263. JOSE and LETICIA MENDEZ are members of NOAH local chapter who own and reside at 5229 San Francesca Dr Camarillo, CA 93012, a single family home.

264. CARLITO MENDOZA is a member of NOAH local chapter who owns and resides at 215 Belhaven Ave, Daly City, CA 94015, a single family home.

265. FLORENTINO and GRACE GUZMAN MENOR are members of NOAH local chapter who own and reside at 443 O'connor Street, Menlo Park, CA 94025, a single family home.

266. ROMULO MILLAN is a member of NOAH local chapter who owns and resides at 1594 Pebble Beach, Milpitas, CA 95035, a single family home.

267. FLORIDO and MARILYN MIRAN are members of NOAH local chapter who own and reside at 909 Reed Ave. Sunnyvale, CA 94086, a single family home.

268. JEREMY P. MONAHAN is a member of NOAH local chapter who owns and resides at 10535 Dabney Dr., San Diego, CA 92126, a single family home.

269. JOSE MONTES is a member of NOAH local chapter who owns and resides at 5843 Jellico Encino, CA 91316, a single family home.

270. ADAN MONTFORT and CLAUDIA CASTILLO are members of NOAH local chapter who own and reside at 1216 Gary Avenue, Pasadena, TX 77502, a single family home.

271. FRANCISCA MORALES is a member of NOAH local chapter who owns and resides at 2733 Ohio Ave South Gate, CA 90280, a single family home.

272. RAUL and JOSEFINA MORENO are members of NOAH local chapter who own and reside at 2019 Place Road, Los Banos, CA 93638 , a single family home.

273. EDMUNDO MURILLO and MARIA CORTEZ  are members of NOAH local chapter who own and reside at 53179 Odyssey St., Lake Elsinore Ca  92532, a single family home

274. ROSELLE MURNANE is a member of NOAH local chapter who owns and resides at 616 E Angelino Unit A, Burbank, CA 91501, a single family home.

275. SIMADRI NAIDU is a member of NOAH local chapter who owns and resides at 3482 Fieldcrest Ct, Perris, CA 92571, a single family home.

276. NELSON and DEMETRIA NARCISO are members of NOAH local chapter who own and reside at 2207 Flatboat St., Stockton, CA 95206, a single family home.

277. VICENTE and CELIA NAVA are members of NOAH local chapter who own and reside at 22532 Harline Court Torrance, CA 90502, a single family home.

278. ROMELO and MARY R. NAVARRO are members of NOAH local chapter who own and reside at 4260 McNamara Street, Fremont, CA 94538 , a single family home.

279. JAN NEUFELD is a member of NOAH local chapter who owns and resides at 7040 Peachtree Ave., Citrus Heights, CA 95621, a single family home.

280. TUAN NGUYEN and NGOC ANH THI PHAM are members of NOAH local chapter who own and reside at 14791 Adams Street, Midway City, CA 92655, a single family home.

281. ANNIE and TRUNG NGUYEN are members of NOAH local chapter who own and reside at 3827 Carrera Court, San Jose, CA 95148, a single family home.

282. NINA NGUYEN is a member of NOAH local chapter who owns and resides at 14321 Riverton Cir, Westminster, CA 92683, a single family home.

283. THAO TRAM NGUYEN is a member of NOAH local chapter who owns and resides at 6721 Narrowgauge Way, Sacramento, CA 95823, a single family home.

284. BAO NGUYEN is a member of NOAH local chapter who owns and resides at 1142 Bellingham Dr, San Jose, CA 95121, a single family home.

285. JIM NGUYEN and VAN KHANH HONG are members of NOAH local chapter who own and reside at 11510 Regarse Drive, Bakersfield, CA 93311, a single family home.

286. TIN NGUYEN is a member of NOAH local chapter who owns and resides at 27787 Hollyoak Way, Romoland, CA 92585, a single family home.

287. ERIC NGUYEN is a member of NOAH local chapter who owns and resides at 3252 Knights Bridge Rd, San Jose, CA 95132, a single family home.

288. THOU C. NGUON NGUYEN is a member of NOAH local chapter who owns and resides at 2417 Spanish Fork Ave., North Las Vegas, NV 89031, a single family home.

289. NHA NGUYEN is a member of NOAH local chapter who owns and resides at 3273 Lantern Way, San Jose, CA 95111, a single family home.

290. MIKE NGUYEN is a member of NOAH local chapter who owns and resides at 3027 Scarlet Oak Dr, Stockton, CA, 95209 and 695 Webster Dr, San Jose, CA 95133, both a single family home.

Case 2:10-cv-09409-ODW-VBK  Document 1  Filed 12/08/10  Page 50 of 89  Page ID #:109

291. NANCY NGUYEN is a member of NOAH local chapter who owns and resides at 1226 Burdett Way, Milpitas, CA, 95035, a single family home.

292. HENRICO and JUDITH NIVERA are members of NOAH local chapter who own and reside at 8541 Shirley Ave. Northridge, CA 91324, a single family home.

293. JUAN MANUEL and LETICIA NUNEZ are members of NOAH local chapter who own and reside at 1511-1511 1/2-1513 Meadowbrook Ave Los Angeles, CA90016, a single family home.

294. PEPITO OBCEMEA is a member of NOAH local chapter who owns and resides at 17827 Sidwell St Granada Hills CA 91344, a single family home.

295. MERCY OBMERGA is a member of NOAH local chapter who owns and resides at 2721 Georgia St., Vallejo, CA 94591, a single family home.

296. JESUS and MARTHA OLAGUEZ are members of NOAH local chapter who own and reside at 4014 Pacific Wind Court Bakersfield, CA 93313, a single family home.

297. ORALIA ONTIVEROS is a member of NOAH local chapter who owns and resides at 26646 Newport Street, Hayward, CA 94545, a single family home.

298. YOLANDA ORNELAS is a member of NOAH local chapter who owns and resides at 12114 S La Cienega Blvd Hawthorne, CA 90250, a single family home.

299. JESUS OROZCO is a member of NOAH local chapter who owns and resides at 7503 Avalon Blvd., Los Angeles, CA 90003, a single family home.

300. NORA and JR. LEONCIO ORTEZA are members of NOAH local chapter who own and reside at 64 Skyline Drive, Daly City, CA 94015, a single family home.

301. JORGE ORTIZ is a member of NOAH local chapter who owns and resides at 3301 Montelair Los Angeles, CA 90018, a single family home.

302. MARICIENNE and REGIDOR C. PACAL are members of NOAH local chapter who own and reside at 13177 Bella Rosa Road, San Diego CA 92131, a single family home.

303. DINORA and JUAN PACHECO are members of NOAH local chapter who own and reside at 3823 WhitchurchDr, Houston, TX 77066 , a single family home.

304. ALFONSO and LASHONDA PACHECO are members of NOAH local chapter who own and reside at 9511 Water Edge Point Lane, Humble, TX 77396, a single family home.

305. LAURINDA PAGSANJAN is a member of NOAH local chapter who owns and resides at 550 N. Woodfield Trail, Roselle, IL 60172, a single family home.

306. EDITHA PALAGANAS is a member of NOAH local chapter who owns and resides at 8325 Capps Avenue, Northridge, CA 91324, a single family home.

307. JUAN PAN is a member of NOAH local chapter who owns and resides at 43947 Normandy Lane, Lancaster, CA 93536 and 19837 Arcadia Street, Corona, CA 92881, both are single family homes.

308. GRACIANO and GEORGIA PANGILINAN are members of NOAH local chapter who own and reside at 4109 Via del Bardo, San Ysidro, CA  92173, a single family home.

309. VIRGINIA D. and RODEL PANTALEON are members of NOAH local chapter who own and reside at 1204 West Bridger St., Covina, CA 91722, a single family home.

310. CONSUELO PARHAM is a member of NOAH local chapter who owns and resides at 1312 W. Magnolia St., Stockton, CA 95203, a single family home.

311. CHELSEA PARK is a member of NOAH local chapter who owns and resides at 1028 S. Mansfield Ave. Los Angeles, CA 90019, a single family home.

312. VICENTE PERALTA and JOCELYN RICAFORT are members of NOAH local chapter who own and reside at 4152 Rowland Drive, Fairfield, CA 94533, a single family home.

313.  ISIDRO PEREZ is a member of NOAH local chapter who owns and resides at 1729 Geneva Avenue, San Francisco, CA 94134, a single family home.

314.  MICHAEL PERRY is a member of NOAH local chapter who owns and resides at 4759 Calle Estrada, La Verne, CA 91750, a single family home.

315.  BENJAMIN and ERLINDA PESTANO are members of NOAH local chapter who own and reside at 1745 S Kingsley Dr., Los Angeles, CA 90006, a single family home.

316.  VINCENT PHAM is a member of NOAH local chapter who owns and resides at 4121 S 56th Dr, Phoenix, AZ 85043, a single family home.

317.  MANH PHAM and LINDSEY NGUYEN are members of NOAH local chapter who own and reside at 657 S. 22nd St, San Jose, CA 95116, a single family home.

318.  HUNG and THINH PHAM are members of NOAH local chapter who own and reside at 892 Di Fiore Dr, San Jose, CA 95128, a single family home.

319.  CU PHAM and HA HUYNH are members of NOAH local chapter who own and reside at 1118 AlvernazDr, San Jose, CA 95121, a single family home.

320.  TIEN PHAM is a member of NOAH local chapter who owns and resides at 137 N 7th St, San Jose, CA 95112, a single family home.

321.  VIET PHAM and TUNG NGUYEN are members of NOAH local chapter who own and reside at 685 BARON PL, MILPITAS, CA 95035, a single family home.

322.  VAN and THINH PHAM are members of NOAH local chapter who own and reside at 605 ILLINOIS AVE, SAN JOSE, CA 95125, a single family home.

323.  YVETTE PISON is a member of NOAH local chapter who owns and resides at 1307 W 111th St., Los Angeles, CA 90044, a single family home.

324. MARY JEAN PISCO is a member of NOAH local chapter who owns and resides at 1023 Chiltern Ct, Oceanside, CA 92057, a single family home.

325. JAN POMORSKI is a member of NOAH local chapter who owns and resides at 14271 W. Jenan Drive, Surprise, AZ 85379, a single family home.

326. LEONILA and MERELO PONO are members of NOAH local chapter who own and reside at 3038 East Hills Drive, San Jose, CA 95127, a single family home.

327. MANUEL JOHN PORRAS is a member of NOAH local chapter who owns and resides at 2745 East Niles Avenue, Fresno, CA 93720, a single family home.

328. JUAN and EVA PRADO are members of NOAH local chapter who own and reside at 1140 Powell Street, Hollister, CA 95023, a single family home.

329. RIGOBERTO PULIDO is a member of NOAH local chapter who owns and resides at 3004 Desert Ranch Way Madera, CA 93637, a single family home.

330. ACHELLE and DELLIE PUNLA are members of NOAH local chapter who own and reside at 8209 Grisham Way, Elk Grove, 94564, a single family home.

331. JOSE VICTORIO and TERESITA EMPERADOR QUIATCHON are members of NOAH local chapter who own and reside at 17032 Rinaldi Street, Granada Hills, CA 91344 , a single family home.

332. MARIO QUIROZ is a member of NOAH local chapter who owns and resides at 4071 Murray Common, Fremont, CA 94538, a single family home.

333. ROMEO and JULIA QUREISHI are members of NOAH local chapter who own and reside at 839 St. Francis Blvd, Daly City, CA 94015, a single family home.

334. CONSUELO RABAYA is a member of NOAH local chapter who owns and resides at 9245 Woodman Avenue#4, Arleta, CA 91331, a single family home.

335. EFREN RAMIN is a member of NOAH local chapter who owns and resides at 16100 Rocky Harbor Rd, Lathrop, CA 95330, 2528 Winged Food Rd, Brentwood, CA 94513, and 2844 Honeysuckle Circle, Antioch, CA 94531, all are single family homes.

336. MILA REOTUTAR is a member of NOAH local chapter who owns and resides at 1417 Armadale Ave., Los Angeles, CA 90042, a single family home.

337. B REPOLLO is a member of NOAH local chapter who owns and resides at 3814 Meadowlands Lane, San Jose, CA 95135, a single family home.

338. ROMEO D. REYES is a member of NOAH local chapter who owns and resides at 135 Woodman St., San Diego, CA 92114, a single family home.

339. JOSE REYES is a member of NOAH local chapter who owns and resides at 1300 West 110th St, Los Angeles, CA 90044, a single family home.

340. AGUSTINA REYES is a member of NOAH local chapter who owns and resides at 12614 S Broadway Ave, Los Angeles, CA 900061, a single family home.

341. LISA and JERRY RIOS are members of NOAH local chapter who own and reside at 3725 Pintail Dr., Antioch, CA 94509, a single family home.

342. LORENA RIVAS is a member of NOAH local chapter who owns and resides at 19333 Welby Way Reseda, CA 91335, a single family home.

343. WALTER ROCHA is a member of NOAH local chapter who owns and resides at 1605 Victoria Pl., La Verne, CA 91750, a single family home.

344. JAIME RODRIGUEZ is a member of NOAH local chapter who owns and resides at 8704 Maya Pl North Hills, CA 91343, a single family home.

345. JORGE RODRIGUEZ is a member of NOAH local chapter who owns and resides at 17910 Secret Branch Lane, Cypress, TX77433, a single family home.

346. RAFAEL RODRIGUEZ is a member of NOAH local chapter who owns and resides at 4723 E Compton Blvd, Compton, CA 90221, a single family home.

347. MARIA RODRIGUEZ is a member of NOAH local chapter who owns and resides at 1651 Via Galicia St Corona, CA 92881, a single family home.

348. MOISES and VICTORIA RODRIGUEZ are members of NOAH local chapter who own and reside at 6637 San Marcus St. Paramount, CA 90723.

349. RAFAEL RODRIGUEZ is a member of NOAH local chapter who owns and resides at 4723 E Compton Blvd Compton, CA 90221, a single family home.

350. ROSELLYN and FRANCIS ROQUE SR. are members of NOAH local chapter who own and reside at 972 Geddings Way, Stockton, CA 95209, a single family home.

351. CHANTHAVY SACKDAVONG and NARY NGUON are members of NOAH local chapter who own and reside at 5227 Prospectors Parkway, Riverbank, CA 95367 , a single family home.

352. DIOSDADO SADANGSAL is a member of NOAH local chapter who owns and resides at 9852 Caminito, San Diego, CA, 92129, a single family home.

353. MARIA SALGUERO is a member of NOAH local chapter who owns and resides at 1207 E 69th St, Los Angeles, CA, 90001, a single family home.

354. SALLY SAMARIS is a member of NOAH local chapter who owns and resides at 9767 Nita Ave, Chatswort, CA 91311, a single family home.

355. JESUS SAN ROQUE is a member of NOAH local chapter who owns and resides at 1935 Grager Ave, National City, CA 91950, a single family home.

356. GLORIA and RANDOLFO SANDOVAL are members of NOAH local chapter who own and reside at 14627 Gledhill St. #15, Los Angeles CA 91402, a single family home.

357.  ALBERT and ESTHER SANFORD are members of NOAH local chapter who own and reside at 4406 Springtime Drive, Oceanside, CA 92056, a single family home.

358.  JUAN SANTIAGO is a member of NOAH local chapter who owns and resides at 2739 Morningside St Pasadena, CA 91107, a single family home.

359.  GIL and ELISA SANTIAGO  are members of NOAH local chapter who own and reside at 5801 E Los Arcos St., Long Beach, CA 90815, a single family home.

360.  EMETERIO and FRANCIS SANTIAGO are members of NOAH local chapter who own and reside at 24 A & B West Zane Street, Long Beach, Ca 90805, a single family home.

361.  ELISA E. SANTIAGO is a member of NOAH local chapter who owns and resides at 16675 Hastings Place, Victorville, CA 92394, a single family home.

362.  MADRELYN and WILFREDO SANTOS are members of NOAH local chapter who own and reside at 1737 South Sunset Avenue, West Covina, CA 91790, a single family home.

363.  STELLA MARIE SASING is a member of NOAH local chapter who owns and resides at 610 N. Campus Avenue., Upland, CA 91786, a single family home.

364.  GRACIELA SAUCEDO is a member of NOAH local chapter who owns and resides at 9501 Sandusky Ave Arleta, CA 91331, a single family home.

365.  JAMES and LORRAINE SCOTT are members of NOAH local chapter who own and reside at 7314 46th Street West, University Place, WA 98466, a single family home.

366.  KUM SOO and MYO SOON SEOL are members of NOAH local chapter who own and reside at 159 S. Hobart Bl. Los Angeles, CA 90004, a single family home.

367.  JUSTIN SIENG and PHIKHEANG UNG are members of NOAH local chapter who own and reside at 3430 Fabrizio Court, Stockton, CA 95212, a single family home.

368. RUDY SILVA and ROSE IBARRA are members of NOAH local chapter who own and reside at 1917 West 15th Street, Houston, TX 77008, a single family home.

369. VILMA and CESAR SIMEON are members of NOAH local chapter who own and reside at 12243 Canyon Hill Ave Sylmar, CA 91342, a single family home.

370. MARK SMITH is a member of NOAH local chapter who owns and resides at 3620 S Barcelona St. Unit 7, Spring Valley, CA 91977, a single family home.

371. EDUARDO SOLANA and ANGELA ELORZA are members of NOAH local chapter who own and reside at 8331 Cedros Avenue #12, Panorama City, CA 91402 , a single family home.

372. MEE YOUNG SONG is a member of NOAH local chapter who owns and resides at 18071 Mariner Drive, Victorville, CA 92392, a single family home.

373. ROSIE and BERNIE STEWART  are members of NOAH local chapter who own and reside at 38811 North 29th Avenue, Phoenix, AZ 85086 , a single family home.

374. ANTHONY and FLORDELIZA SUICO are members of NOAH local chapter who own and reside at 2016 Mint Drive, Brentwood, CA 94513, a single family home.

375. BILL SULLIVAN is a member of NOAH local chapter who owns and resides at 4165 Senter Rd, San Jose, CA 95111, a single family home.

376. CARMELITA SUSBILLA is a member of NOAH local chapter who owns and resides at 1237 Tiverton Lane, Lincoln, CA 95648, a single family home.

377. DANIEL and JULIETA SUTTON are members of NOAH local chapter who own and reside at 16768 Kassan Road, Apple Valley,  CA  92307, a single family home.

378. ANNIE TABLANG is a member of NOAH local chapter who owns and resides at 1136 Granite Court, Adelanto, CA 92301, a single family home.

379. JETRICK TABLANG is a member of NOAH local chapter who owns and resides at 9572 Peridot Ave., Hesperia, CA 92345 and 11951 Amherst Ct. Oakhills, CA 93345, both are single family homes.

380. REYNALDO and CINIA TAGLE are members of NOAH local chapter who own and reside at 2828 Point Arena Ct., Antioch, CA 94531, a single family home.

381. REYNALDO TAGLE is a member of NOAH local chapter who owns and resides at 2828 Point Arena Ct, Antioch, CA 94531, a single family home.

382. PATRICIO and BLESSILA TAGUDAR are members of NOAH local chapter who own and reside at 20447 Starshine Road, Walnut, CA 91789, a single family home.

383. STEPHANIE TAGUDAR is a member of NOAH local chapter who owns and resides at 100 S Alameda St. #173, Los Angeles, CA 90012, a single family home.

384. WILHELMINA TAGUINOD is a member of NOAH local chapter who owns and resides at 854 Serrano Pl, Los Angeles, CA 90029, a single family home.

385. JASVEER TAKHAR is a member of NOAH local chapter who owns and resides at 228 Pisa Court, Merced, CA, 95340, a single family home.

386. MARIETTA TAN is a member of NOAH local chapter who owns and resides at 593 Palmetto Drive, San Jose, CA 95111, a single family home.

387. ALEXANDER TARIOSA is a member of NOAH local chapter who owns and resides at 615 20th St. #B Richmond CA 94801, a single family home.

388. SALVADOR TELLO is a member of NOAH local chapter who owns and resides at 2736 E. Adams Street, Carson, CA 90810, a single family home.

389. HUNG THAI and MINHTRAM PHAM are members of NOAH local chapter who own and reside at 238 Turner Court, San Jose, CA 95139, a single family home.

390. JOAQUIN and LOLITA TIANGCO are members of NOAH local chapter who own and reside at 1963 Messina Drive, San Jose, CA 95132, a single family home.

391. CHAO WIN and KEH CHYN TING are members of NOAH local chapter who own and reside at 216 Dantley Way, Walnut Creek, CA 94598, a single family home.

392. JASMIN TOLEDO is a member of NOAH local chapter who owns and resides at 845 Citation Court, Napa, CA 94559, a single family home.

393. GRACIELA TORRES and OFELIA RAMIREZ are members of NOAH local chapter who own and reside at 13355 Lincoln Avenue, San Martin, CA 95046, a single family home.

394. FELIX TORRES is a member of NOAH local chapter who owns and resides at 4976 Strickland Dr, Oxnard, CA 93036, a single family home.

395. MARIA ZETA Q. TORRES is a member of NOAH local chapter who owns and resides at 639 Nordale Avenue, San Mateo, CA 94403, a single family home.

396. DINGO TORRICO and WINIFRED LEDESMA are members of NOAH local chapter who own and reside at 4502 Fidelity Court, Annandale, VA 22003, a single family home.

397. HIEN TRAN and CHANEL TRAM NGUYEN are members of NOAH local chapter who own and reside at 1105 Raposa Drive, San Jose, CA 95121, a single family home.

398. THUY TRAN is a member of NOAH local chapter who owns and resides at 13031 Jefferson St, Garden Grove, CA 92843, a single family home.

399. HONG TRAN is a member of NOAH local chapter who owns and resides at 4347 Arpeggio Avenue, San Jose, CA 95136, a single family home.

400. CHRISTINE TRAN is a member of NOAH local chapter who owns and resides at 15842 Monroe Street, Westminister, CA 92683, a single family home.

401. JACK and KIM ANH TRAN are members of NOAH local chapter who own and reside at 7758 Sanctuary Drive Corona CA 92883, a single family home.

402. TRAN TRAN is a member of NOAH local chapter who owns and resides at 10975 Paradise Road Henderson NV 89052, a single family home.

403. TOMMY TRAN and MANDY WONG are members of NOAH local chapter who own and reside at 4742 Amber Glen Court, Las Vegas, NV 89147, a single family home.

404. TINA TRAN is a member of NOAH local chapter who owns and resides at 10215 Wrangler Dr, Elk Grove, CA 95624, a single family home.

405. HONG TRAN and TIMMY NGUYEN are members of NOAH local chapter who own and reside at 1239 Medley Dr, San Jose, CA, 95121, a single family home.

406. VINCENT and PHUONG TRAN are members of NOAH local chapter who own and reside at 6930 40th Court East, Ellenton, FL 34222 , a single family home

407. JULIANN MINHTHAO TRAN is a member of NOAH local chapter who owns and resides at 8182 Washington Avenue, Midway City, CA 92655, a single family home.

408. SOMCHAI and DUANGDAO TUANTHET are members of NOAH local chapter who own and reside at 803 Coit Tower Way, Chico, CA 95928, a single family home.

409. MARIA TUNCHEZ is a member of NOAH local chapter who owns and resides at 26058 Gettysburg Avenue, Hayward, CA 94545, a single family home.

410. ARNEL and RECHELL TUPLANO are members of NOAH local chapter who own and reside at 11440 Gothic Ave., Granada Hills, CA 91344, a single family home.

411. LUCIA TUQUERO is a member of NOAH local chapter who owns and resides at 5525 Caminito Vista Lujo, San Diego, CA 92130 and 3877 Pell Place Unit 125, San Diego, CA 92130, all are single family homes.

412.  FRANCISCO and THELMA UBANA are members of NOAH local chapter who own and reside at 3082 KnickersonDr, San Jose, CA 95148, a single family home.

413.  HERMILIA URTEZ is a member of NOAH local chapter who owns and resides at 8668 Garden View Ave South Gate, CA 90280, a single family home.

414.  TONY VAN ROEKEL is a member of NOAH local chapter who owns and resides at 11841 N 143rd Ave, Surprise, AZ 85379, a single family home.

415.  MARTHA and TITO VARGAS are members of NOAH local chapter who own and reside at 9400 San Luis Ave South Gate, CA 90280, a single family home.

416.  GUSTAVO VELASCO is a member of NOAH local chapter who owns and resides at 909 Dipping Lane, Houston, TX 77076 and 3215 Five Oaks Drive, Missouri City, TX 77459, both are single family homes.

417.  TERESA VELASQUEZ is a member of NOAH local chapter who owns and resides at 146 Warren Ave Santa Paula, CA 93060, a single family home.

418.  VICENTE and ALICIA VENTINILLA are members of NOAH local chapter who own and reside at 1488 Blairwood Ave., Chula Vista, CA 91913, a single family home.

419.  VIRGILIO and LORENA VILANO  are members of NOAH local chapter who own and reside at 8833 Shaula Way, San Diego, CA 92126, a single family home.

420.  MANUEL VILLANEDA is a member of NOAH local chapter who owns and resides at 289 Redwood Meadow Dr Bakersfield, CA 93308, a single family home.

421.  ROEL and MILDRED VILLANUEVA are members of NOAH local chapter who own and reside at 1359 Braebridge Road, San Jose, CA 95131, a single family home.

422.  EDDY VILLANUEVA is a member of NOAH local chapter who owns and resides at 1492 3rd St, Oakland, CA 94607, a single family home.

423.  MARIO VILLANUEVA is a member of NOAH local chapter who owns and resides at 1055 Saint Raphael Dr., Bay Point, CA 94565, a single family home.

424.  JUAN and MARIA VIRGEN are members of NOAH local chapter who own and reside at 2558 Lombardy Blvd Los Angeles, CA 90032, a single family home.

425.  TUAN VU is a member of NOAH local chapter who owns and resides at 28328 White Oak Street, Romoland, CA 92585, a single family home.

426.  THOMAS VUONG is a member of NOAH local chapter who owns and resides at 2901 East Redwood Rd, Ceres, CA 95307, a single family home.

427.  RONALD WRIGHTSIL JR. is a member of NOAH local chapter who owns and resides at 7917 Lawler, Houston, TX 77051, a single family home.

428.  CHEN XI is a member of NOAH local chapter who owns and resides at 8717 South 47th Lane, Laveen, AZ 85339, a single family home.

429.  Shirley Xu is a member of NOAH local chapter who owns and resides at 1048 Myrtlewood Ct, Richmond, CA, 94806, a single family home.

430.  HYUNG IN YANG is a member of NOAH local chapter who owns and resides at 8101 W Flamingo Rd #1037, Las Vegas, NV 89147, a single family home.

431.  LYUDMILA YERMOLICH is a member of NOAH local chapter who owns and resides at 1505 Diamond Park Lane, Roseville, CA 95747 and 1049 S. Hobart Bl. #203 Los Angeles, CA 90006, both are single family homes.

432.  HYUN JONG YOO is a member of NOAH local chapter who owns and resides at 1049 South Hobart Blvd #203, Los Angeles, CA 90006, a single family homes.

433. KHLOEUNG YOU and SOKHEMALY LENG are members of NOAH local chapter who own and reside at 1857 East Jefferson Ave., Fresno, CA 93725 and 2036 Rodgers Rd, Hanford, CA 93230, bothare single family homes.

434. DANIEL YOUNG is a member of NOAH local chapter who owns and resides at 8172 Bayford Way, Sacramento, CA 95829 and 6705 53rd Avenue, Sacramento, CA 95828 both are single family homes.

435. ANA ZAVALA is a member of NOAH local chapter who owns and resides at 9522 orange Ave., Anaheim, CA 92804, a single family home.

436. KEUM HEE AN is a member of NOAH local chapter who owns and resides at 15440 Cheynne Road, Apple Valley, CA 92307, a single family home.

437. BENEDICTO and PACITA ARANCILLO are members of NOAH local chapter who own and reside at 3410 N Natoma Ave., Chicago IL 60634, a single family home.

438. TERESITA and CYRIL AYALA are members of NOAH local chapter who own and reside at 2747 Greenwood Drive, San Pablo, Ca 94806, a single family home.

439. LOTA and BERNARDO SANTOS BAUTISTA are members of NOAH local chapter who own and reside at 304 Valley Run Hercules, CA 94597, a single family home.

440. NONETTE and ERNIE BERMUDEZ are members of NOAH local chapter who own and reside at 2692 Cinnabar Hills Ct., Brentwood, CA 94513, a single family home.

441. REBECCA BUCIO is a member of NOAH local chapter who owns and resides at 3131 Larchmont Ln, San Pablo, CA 94806, a single family home.

442. SUSAN CADENASSO is a member of NOAH local chapter who owns and resides at 1490 Livorna Rd., Alamo, CA 94507, a single family home.

443. LEE RAZO CARDENAS is a member of NOAH local chapter who owns and resides at 21014 Dumetz Road, Woodland Hills, CA 91364, a single family home.

444. ARNOL CARREON is a member of NOAH local chapter who owns and resides at 6801 Laurel Ct, Chino, CA 91710, a single family home.

445. RECA C. EDORA is a member of NOAH local chapter who owns and resides at 16643 Silica Dr., Victorville, CA 92694, a single family home.

446. BUENA ESACANO is a member of NOAH local chapter who owns and resides at 169 Cooper BeechGlen, Hercules, CA 94547, a single family home.

447. DIANA D. JONES is a member of NOAH local chapter who owns and resides at 43029 59th St. West Lancaster, CA 93536, a single family home.

448. EUNCHUL KIM is a member of NOAH local chapter who owns and resides at 518 Foxpark Dr Claremont Ca 91711, a single family home.

449. CARMEN LACY is a member of NOAH local chapter who owns and resides at 1334 N Sparks Street, Burbank, CA 91506 and 1532 Satellite Dr, Sparks NV 89436, both are single family homes.

450. ROCIO LAGUTARIS is a member of NOAH local chapter who owns and resides at 4174 Chasin Street, Oceanside, CA 92056, a single family home.

451. DIMAS LEMUS and CLAUDIA FERRERA are members of NOAH local chapter who own and reside at 12015 RavenView Dr, Houston, TX 77067, a single family home.

452. RACHEL LICUANAN is a member of NOAH local chapter who owns and resides at 2904 Rubino Circle, San Jose, CA 95125 and 2102 Nottoway Ave. San Jose, CA 95113, both are single family homes.

453. ANTHONY MABUTOL and CESAR AND ROSEMARIE BALLON are members of NOAH local chapter who own and reside at 1857 Heald Way, Virginia Beach, VA 23464 and 876 Lym Dr, Virginia Beach, VA 23464, both are single family homes.

454. EMERALDA MACTAL and PEPITO VILLEDO are members of NOAH local chapter who own and reside at 293 Rayos Del Sol Dr, San Jose, CA 95116, a single family home.

455. LOUELLA MANZANO is a member of NOAH local chapter who owns and resides at 432 Sortwell Ct. El Dorado Hills, CA 95762, a single family home.

456. RAMIL MANZANO is a member of NOAH local chapter who owns and resides at 2944 Via Meridiana Henderson, NV 89052, a single family home.

457. MENANDRO and GLORIA MIRANDA are members of NOAH local chapter who own and reside at 7252 Aquamarine Rd., San Diego, CA 92114, a single family home.

458. VIVENCIA OBISPO is a member of NOAH local chapter who owns and resides at 1307 Antoine Dr., San Diego, CA 92139, a single family home.

459. GENARO JR. and CORAZON PAED are members of NOAH local chapter who own and reside at 120 Dundee Drive, South San Francisco, CA 94080, a single family home.

460. MICHAEL PHAN is a member of NOAH local chapter who owns and resides at 15692 Willow Run Drive, Chino Hills, CA 91709, a single family home.

461. ARTHUR QUREISHI is a member of NOAH local chapter who owns and resides at 149 Elm St., San Mateo CA 94401, a single family home.

462. EULALIA RAMOS is a member of NOAH local chapter who owns and resides at 811 Harbison Pl., National City, CA 91950, a single family home.

463. JOCELYN ROSETE is a member of NOAH local chapter who owns and resides at 2524 Glen Ian Ct. San Jose, CA 95148, a single family home.

464. SANG WOO SEOL is a member of NOAH local chapter who owns and resides at 500 S. Berendo St #209, Los Angeles, Ca 90020, a single family home.

465. JETRICK and ANNIE TABLANG are members of NOAH local chapter who own and reside at 10674 Maple St., Cypress, CA 90630, a single family home.

466. EVA TARIO is a member of NOAH local chapter who owns and resides at 4603 Hearts Desire Ave, Las Vegas NV 89115, a single family home.

467. SEUNG HEE UM is a member of NOAH local chapter who owns and resides at 2518 66th St. W Lancaster, Ca 93536, a single family home.

468. PAZ VERANO is a member of NOAH local chapter who owns and resides at 3006 Woodlawn Drive, Walnut Creek, CA 94597, a single family home.

469. SUZZANE and MICHAEL YIM are members of NOAH local chapter who own and reside at 5 Sheridan Lane. Ladera Ranch, CA 92694, a single family home.

470. Defendant, Mortgage Electronic Registration Systems ("MERS") is a corporate entity with a business address of PO Box 2026, Flint, MI 48501. This Defendant through various agents, is purportedly the current mortgage nominee/beneficiary of the loan of each of the Plaintiffs named herein. The various lenders whom are attempting to foreclose on the Plaintiff's properties are doing so through the use of MERS, an artificial entity. Each of the attempted assignments to MERS are being conducted in California.

471. The Defendants (each of them named in paragraphs 1 through 39 above, shall collectively be referred to as "DEFENDANTS") named herein "all persons unknown", claiming any legal or equitable right, title estate, lien or interest in the property described in this Complaint adverse to Plaintiffs' title thereto and as DOES I through 10 (hereinafter referred to as "UNKNOWN DEFENDANTS") are unknown to Plaintiffs. These unknown Defendants and each of them claim

some right, title, estate, lien or interest in the Subject Property hereinafter described adverse to Plaintiffs' title and their claims and each of them constitute a cloud on Plaintiffs' title to the Subject Property. Plaintiffs are informed and therefore believe, and on that basis allege that each fictitiously named herein as a DOE is responsible for the events happening hereinafter alleged. Plaintiffs will seek leave of the Court to amend this Complaint to allege the true names and capacities of said fictitiously named Defendant's when ascertained.

472. Plaintiffs are informed and therefore believe and on that basis allege that at all times mentioned herein, the Unknown Defendants are individuals and/or business entities whose forms are unknown and were agents, principals, employees, employers and co-conspirators of each and every other named or unnamed Defendant in this Complaint. Plaintiffs are informed and therefore believe and on that basis allege that each of said Defendants is and at all relevant times herein, was acting within the scope and consent of the remaining named and unnamed Defendants.

473. Whenever in this Complaint an act or omission of a corporation or business entity is alleged, the allegation shall be deemed to mean and include an allegation that the corporation or business entity acted or omitted to act through its authorized officers, directors, agents, servants, and/or employees, acting within the course and scope of their duties, that the act or omission was authorized by corporate managerial officers or directors, and that the act or omission was ratified by the officers and directors of the corporation or business entity.

**JURISDICTION AND VENUE**

474. The Court has subject matter jurisdiction pursuant to the Class Action Fairness Act, 28. U.S.C. §§ 1332(d) and 1453. In addition, this Court therefore also has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331.

475. Subject matter jurisdiction and venue are proper in this Court on the grounds of diversity under 28 U.S.C. §§1332 inasmuch as the challenged actions are alleged to have been committed in this District, all Defendants transact business in this District, and all the Named Plaintiffs reside in this District.

## FACTUAL ALLEGATIONS

476. Plaintiffs re-alleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

477. For years, mortgage brokers and lenders have been selling loan products that they knew orshould have known would never be able to be repaid by the borrower and would prevent borrowers from ever actually owning the home. Instead, borrowers were offered interest-only, negative amortization, and/or other subprime loan products that amounted to no more than a short term lease until the payments became so unaffordable that the borrowers are now faced with either bankruptcy or foreclosure. The housing bubble of the past decade was created by predatory lending practices, such as charging excessive fees, incorporating payment penalties, negative amortization payments, or other abusive terms in the agreements, providing kickbacks to brokers, flipping loans, using balloon payments to conceal the true burden of the financing, requiring unnecessary insurance and other products, including mandatory arbitration clauses, steering borrowers to subprime loans when they qualify for conventional loans, and using bait and switch tactics. All were rampant within the industry without oversight or good judgment and found to be inconsistent with important national objectives, including the goals of fair access to credit, community development, and stable homeownership by the broadest spectrum of America Rather than offering a loan product that was viable and long-term for the borrower and lender, brokers and lenders greedily sold whatever they could get away with, arguably the primary catalyst for what is now this country's worst economic

crisis since the Great Depression.

478. The loan product sold to Plaintiffs in this case was exactly the kind of loan that has contributed to our national problem. The Defendants were aware of this trend, and possessed the foresight to advise Plaintiffs of this risk. They intentionally concealed the negative implications of the loan they were offering, and as a result, Plaintiffs face the potential of losing their home to the very entity and entities who placed them in this position.

479. Specifically, the Defendants have not allowed Plaintiffs to modify or rehabilitate any potential defaults they have incurred on the loan and have instead moved directly to their alleged equitable remedy of foreclosure. However Plaintiffsare informed and believe and ion that basis allege herein that neither Defendants, nor their subsidiaries have undertaken the foreclosure process legally. They have rushed to recover the Subject Property without proper diligence with regard to their security interests.

480. Where a power to sell real property is given to a mortgagee, or other entity whom has placed an encumbrance on title, in an instrument intended to secure the payment of money, the power is part of the security and vests in any person who by assignment becomes entitled to payment of the money secured by the instrument. The power of sale may be exercised by the assignee if the assignment is duly acknowledged and recorded.

481. Recent data shows that the rate of foreclosures had doubled nationwide in the last year, with one in every 171 houses nationwide receiving a foreclosure notice. See J.W. Elphinstone, "U.S. Foreclosure Filings More Than Double in 2Q," Associated Press article (July 25, 2008) available at : http://www.usatoday.com/money/economy/2008-07-25-1948354079_x.htm

482. California in particular has been experiencing a foreclosure crisis. The state is ranked as having the third highest rate of foreclosure filings throughout the country. Recent statistics have suggested that one in fifty-eight homes in California undergo foreclosure.

483. In the past four years, in a rush to foreclose, the Defendants and others have foreclosed many mortgages in California without holding the necessary rights as the mortgagee or as an assignee of the original mortgagee at the time of foreclosure.

484. The statutory power of sale, incorporated by reference in virtually all California residential mortgages, including those at issue in this case, provides for foreclosure sales only by the "beneficiary or trustee named in a deed of trust or mortgagee named in a mortgage with power of sale ... or if there be a successor or successors in interest of such beneficiary, trustee or mortgagee, then such successor or successors in interest." *Cal. Civil Code §725a*

485. As a prerequisite to foreclosure, the "mortgagee" is required to provide written notice subject to statutory requirements. *Cal. Civil Code §2924*

486. Mortgages, and by extension, rights to exercise a power of sale under mortgages may be assigned, but a valid written assignment, consistent with the statute of frauds, is a prerequisite to effectuate an assignment. *Cal. Civil Code §2932.5.* Absent effective assignment, an entity has no rights as a "mortgagee" to exercise a power of sale or to send notices required by the foreclosure statutes. *Id.*

487. A foreclosure sale conducted by an entity that does not have legal authority to conduct the sale is void under California law.

488. Notices that do not comply with California law because they are not from the mortgagee or someone acting under the authority of the mortgagee are void.

489. A foreclosing mortgagee owes the mortgager a duty of good faith and reasonable diligence in the foreclosure process.

490. Knowing failure to send legally correct statutorily required notices is inconsistent with the duty of good faith and reasonable diligence. Exercise of a power of sale without proper legal authority is also inconsistent with the duty of good faith and reasonable diligence.

491. Failure to send proper notice of foreclosure deprives homeowners of a fair opportunity to prevent the sale. Absent notice and / or evidence of assignment, notices frequently are sent by an entity with whom the homeowner has never had any previous communication. In addition, some homeowners have multiple mortgages. In some cases, they cannot tell from the notice which mortgage is being foreclosed.

492. Defendants have known or should have known about the problems regarding routine unauthorized foreclosure sales for years. Defendants and / or the Defendants class have all been involved, either directly or through a corporate affiliate, in judicial foreclosure proceedings in New YorkState in which the existence of proper assignment to the foreclosing entity was found lacking. See, American Mortgage Co. v. Basevich, No. 147/07, 2007 WL: 1815992 (N.Y. Sup. Ct. June 26, 2007) (GMAC); U.S. Bank nat. assn. v. Bernard, No. 29003/07, 2008 WL 383814 (N.Y. Sup. Ct. Feb. 14, 2008).

493. Additionally, Honorable Joel B. Rosenthal, a United States bankruptcy judge in the District of Massachusetts recently wrote that rising foreclosures were resulting in a greater number of lenders that, "in their rush to foreclose, haphazardly fail to comply with even the most basic legal requirements of the bankruptcy system." In re: Maisel, 378 B.R. 19, 20-21 (Bankr. D. Mass. 2007). Judge Rosenthal specifically pointed out that lenders and servicers are seeking to foreclose and

otherwise to pursue homeowners in foreclosure without the requisite legal authority to do so. In re: Schwartz, 366 B. R. 265 (Bankr. D. Mass. 2007).

494. Further, numerous state and federal courts have enforced the bedrock rule that foreclosures cannot be completed without a valid assignment of the underlying mortgage including, without limitation, courts in Connecticut, Ohio, Illinois, Massachusetts, Minnesota and Michigan. See, In re Foreclosure Cases, 2007 WL 3232430 (N.D. Ohio October 21, 2007); Bayview Loan Servicing LLC v. Nelson, 382 Ill. App. 3d (Ill. Ct. App. 2008); Davenport v. HSBC Bank, 275 Mich. App. 344 (Mich. Ct. App. 2007); Fleet National Bank v. Nazareth, 818 A. 2d 69 (Conn. Ct. App. 2003); Jeff-Ray Corporation v. Jacobson, 566 So. 2d 885 (Fla. 4th D. Ct. 1990); relying on Marianna & B.R. Co. v. Maund, 62 Fla. 538 (1911); Moore v. Carlson, 128 N.W. 578 (Minn. 1910). On information and belief, no states allow foreclosures by entities that do not have a valid written assignment consistent with the statute of frauds. See, Landmark National Bank v. Kesler, 2009 Lexis 834; U.S. Bank N.A. v. Ibanez, (Mass. Land Court 2009 WL 7551).

## ADDITIONAL ALLEGATION WITH REGARD TO MERS AND SECURITIZATION

495. Mortgage Electronic Registration System (MERS) has been named the beneficiary for these loans. MERS was created to eliminate the need for the executing and recording of assignment of mortgages, with the idea that MERS would be the mortgagee of record. This would allow MERS to foreclose on the property, and at the same time, assist the lenders in avoiding the recording of the Assignments of Beneficiary on loans sold. This saved the lenders money in manpower and the costs of recording these notes. It was also designed to "shield" investors from liability as a result of lender misconduct regarding the process of mortgage lending.

496. The primary issue with the securitization process is that when the Securitized Instrument wassold, it was split apart and sold in tranches, (in slices like a pie). There were few or norecords kept of which notes went into which tranche. Nor were their records of howmany investors bought into each particular tranche. Additionally, there were noassignments designed or signed in anticipation of establishing legal standing toforeclose.

497. Here, MERS has essentially attempted to name themselves the beneficiary under these loans. However, the chain of title has not remained consistent and is not in compliance with the securitization process.

498. The alleged actual owner of the note has not executed the Assignment to the new party. An assignment of a mortgage in the absences of the assignment and physical delivery of the note will result in a nullity.

499. MERS has never acquired actual physical possession of the mortgage note, nor do they acquire any beneficial interest in the Note.

500. The inconsistency of the recorded (or lack thereof) chain if title of the Notes and the Deeds indicate numerous violations of the California Business and Professions Code as well as Unfair and Deceptive Acts and Practices due to the conflicting nature and identity of the servicer and the beneficiary.  Each of these practices were intentionally designed to mislead the borrower and benefit the lenders.

501. Plaintiffs are informed and believe and therefore allege that MERS engaged in unlawful,unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising in violation, rising to unfair and deceptive business practices, in violation of California Business and Professions Code § 17200 and the Unfair and Deceptive Acts and Practices statutes.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## CV10- 9409 ODW  (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Carlo O. Reyes, SBN 226150
Law Offices of Carlo O. Reyes
22122 Sherman Way Suite 203
Canoga Park, CA 91303
Tel. 818 883 8838
Fax. 818 883 8118

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SEE ATTACHMENT TO SUMMONS

PLAINTIFF(S)

v.

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS INC., a California Foreign Corporation,
and DOES 1 through 10 inclusive

DEFENDANT(S).

CASE NUMBER

**CV10-9409** ODW (VBKx)

**SUMMONS**

TO:    DEFENDANT(S): MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a California Foreign Corporation,
and DOES 1 through 10 inclusive

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _____ Carlo O. Reyes _____, whose address is _____ 22122 Sherman Way Suite 203, Canoga Park, CA 91303 _____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __12-8-10__

By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

1  Carlo O. Reyes, SBN 226150
   Law Offices of Carlo O. Reyes
2  22122 Sherman Way Suite 203
   Canoga Park, CA91303
3  Tel. 818 883 8838
   E-mail:  carloreyes@att.net
4

5

6

7

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  NOAH (National Organization of Assistance for     CASE NO.
    Homeowners), a division of Financial Wellness
12  for Homeowners of Ventura County Corp., a
    California Non-Profit Homeowners Association
13  Corporations with chapters NOAH-CONTRA
    COSTA, NOAH-NORTHERN  CALIFORNIA,      **ATTACHMENT TO SUMMON**
14  NOAH-ALAMEDA, NOAH-FRESNO, NOAH-
    SANFERNANDO,  NOAH-BURBANK, NOAH-
15  LONG BEACH, NOAH-KOREAN TOWN,
    NOAH-SAN DIEGO, with Individual Members
16  VIRGINIA ABITRIA and RODOLFO
    ABITRIA, ANITA ACACIO, JAIME ACIO,
17  ROSA ACOSTA, ANNABELLE AGUAS,
    FRED AGUILAR, MIGUEL AGUILAR,
18  PEDRO AGUILAR, BERNADETTE
    ALABANZA, RICARDO ALATORRE,
19  MERCEDES ALBANA, FELIPA ALCARAZ,
    BENJAMIN ALVARADO, LODVINA
20  ALVAREZ, ISIDRO ALVAREZ, ANTONIO
    ALVE, JOSE AMAYA, LARA ANDRADA,
21  ANGELA ANDRADE, REBECCA ANDRES,
    CASSANDRA ANDRES, MARILYN ANG,
22  ZUHEY APARICIO, GUILLERMO AQUINO,
    ANACLETO AQUINO, FILBERT JOHN
23  AQUINO, DIVINA ARAGON, INOCENCIA
    ARINDAENG, NELSON AVILA, KATHY BA,
24  BRYAN BA, PAGASA BALGOS, BRUCE
    BANH, LARRY BANTOLA, NICK BARIT,
25  MIGUELITO BARRION, ERLINDA
    BAUTISTA, RUBEN BAUTISTA, AGUSTINA
26

27

28

BAUTISTA, EDWIN BELARMINO, LORENA
BELLO, SHIRLEY BERNALDEZ, GUSTAVO
BETANCOURT ORTIZ, MARIA BOLIVAR,
PEDRO BONGOLAN, PAULA BRENNAN,
ERIBERTO BRUCE, GIAP BUI, MYRNA
BURCE, JERRY LEE BURNETT, PURIZA
BURTON, CECIL CABALU, MICHELLE
CABESAS, NORMA CABUSAS, RODOLFO
CAIREL, ANA CALMA, JOSE CAMACHO,
RODITHA CAMACHO, HOMERO CANTU,
FRANCES CAO, CARMELITA CAPISTRANO,
PEDRO CARBAJAL, ASCENCION CARILLO,
JOSEPH CASCASAN, JOSEPHINE
CASTANAR, DANI CASTANAR, JIM
CASTANEDA, LYDIA CENCIL, ANDREW
CHANG, ROLLY CHENG, RUSS CHICO, IN
HWAN CHOI, DORINDA CHU, KENNY
CHUOR, ANTONIO OMEGA COBACHA,
MARIO CONTRERAS, CONRADO CORPUZ,
CANDALERIA CORTEZ, MARIA CORTEZ,
JUAN CORTEZ, CELSO COSTELO, PELAYO
CRESPO, SEGUNDO CRISTOBAL, JOSE
CRUZ, MERCELINDA CRUZ, LEONARDO
CRUZ JR., JOHNNY CUA, MARK DAI, JOHN
DALY, MELVIN DANCEL, TRAN DAO,
NELSON DAO, EMMANUEL DAVID, MARIA
TERESA DAWA, ROBERTO DE ALBA,
EMMA DE CASTRO, BELINDA DE
GUZMAN, SUMIKAT DE JESUS, ARNEL DE
LA CRUZ, LITA DE LARA, JOSE DE
OCAMPO, MARY GRACE DELA CRUZ,
ROMEO DELGADO, ERBEN DETABLAN,
IRENEO DEYPALAN, DIANA DINH, NIEVA
DIONISIO, CUONG DO, NELSON DOCOT,
DARIO DRAKES, JENIFER DUNGCA,
GERMAN EDUARDO DURAN, PRFERIO
EBORLAS, LYDIA EDEJER, ROBERT
EGREN, RENATO EDORA, CAROLINA
EDORA, GENE EISTER, PAT ELA, FLORO
ESPINOSA, JESUS ESPINOZA, MELANIE
ESPIRITU, SEVERINO ESTILLORE JR.,
DELAMOR FELIPE, RODNEY FENIQUITO,
LEYNE FERNANDEZ, EDUARDO FERRER,
MARIA FILALHO, MARIA FINALET, EDITH
FLORES, ANTONIO FLORES, JOSE FLORES,
PLINY LOU FONDEVILLA, RICARDO
FORTEZA, GUADALUPE GALVEZ,

ROSANNA GARCIA, ENRICO GARCIA,
GRISELDA GARCIA, JESUS GARCIA,
VILMA GARCIA, EVANGELINA GENOVE,
NICK GERMONO, ANGELITA GERONA,
ERNESTO GO, TIMOTHY GO, STEVEN
GONZALES, MANOLO GONZALES,
MARLENE GONZALES, MANUEL
GONZALES, JOSE GONZALEZ,
GUILLERMINA GONZALEZ, MARIA
GONZALEZ, RAMON GONZALEZ, JANE
JESSICA GORTON, KENDELL GRISSETT,
WILLIAM GUILLEN, JOJO GUINGAO,
CARMEN GUTIERREZ, ROSE GUTIERREZ,
ABDELLAH HACHIMI, DAN HANG, SUSAN
HARRISON, RIFAT HASA, BEATRICE
HERNANDEZ, MARY ANN HERNANDEZ,
JESUS HERNANDEZ, MANUEL
HERNANDEZ, MARIA HERNANDEZ,
CARLOS HERRERA, DAVID HERRERA,
MONICA HIRAHARA, SUSAN HOANG,
MICHAEL HOLLMANN, YVONNE HONG,
VAN KHANH HONG, ALI HOXHA, HAN
HUYNH, TAMIE HUYNH, NANCY HYSON,
DOMINADOR IGNACIO, NANSHI IGNACIO,
OSARO IKHYWUREFE, PHILIPP ILAGAN,
ESTHER JAMILA, KI JANG, MODESTO,
JAOJOCO, EVA JIANG, MARIA JIMENEZ,
JOHN KALANDJIAN, OMER KASSA,
NOLETTE MARA KING, PABLO KISLANKA,
MARTIN KOSZEGI, EMYROSE LACUESTA,
CARMEN LACY, PREM LAL, HUE LAM,
GARLAND LANDIS, TITO LANTANO, ELSIE
LAVARIAS, MERLITA LAVARIAS,
COURTNEY LAWSON, EMIL LAXAMANA,
BICH-LOAN LE, KHE LE, TRI-PHUOC LE,
OK IM LEE, RACHEL LICUANAN,
ELEANORLICUP, MIGUEL LINA, SHAINA
LISNAWATI, REBECCA LIVINGSTON,
ADRIANO LLANTINO, JERRY LEEVA,
FELIPE R. LOPEZ, LEONARDO LOPEZ,
MARIO LOPEZ, LONGINO LOPEZ,
LONGINO LOPEZ, JOSE WILFREDO LOPEZ,
GEORGINA LUGO, AUGUSTIN LUGUE,
CHEUK KWAN LUI, ANGELO LUNA, BOND
LY, FRANK MACIAS, LIZ MAGBUAL,
RODOLFO MAGDALENO, TRINH MAI,
THAI MAI, BULMARO MALDONADO,

EMMANUEL MALING, ESTER MALLARI,
ZOILA MALTEX, DAVID MANAOAT,
ROGER MANAOAT, DINDO MANGAWANG,
LOUELLA MANZANO, ROMEO MANZANO
JR., BERNARDO MARIGMEN, MARITZA
MARTINEZ, VIOLETA MARTINEZ, ANDRES
MATALON, DINAH MEDINA, JOSE
MENDEZ, CARLITO MENDOZA,
FLORENTINO MENOR, ROMULO MILLAN,
FLORIDO MIRAN, JEREMY MONAHAN,
JOSE MONTES, ADAN MONTFORT,
FRANCISCA MORALES, RAUL MORENO,
EDMUNDO MURILLO, ROSELIE
MURNANE, SIMADRI NAIDU, VICENTE
NAVA, ROMELO NAVARRO, JAN
NEUFELD, TUAN NGUYEN, ANNIE
NGUYEN, NINA NGUYEN, THAO TRAM
NGUYEN, BAO NGUYEN, JIM NGUYEN,
TIN NGUYEN, ERIC NGUYEN, THOU C.
NGUON NGUYEN, NHA NGUYEN, IKE
NGUYEN, MIKE NGUYEN, NANCY
NGUYEN, MIKE NGUYEN, NANCY
NGUYEN, HENRICO NIVERA, JUAN
MANUEL NUNEZ, PEPITO OBCEMEA,
MERCY OBMERGA, JESUS OLAGUEZ,
ORALIA ONTIVEROS, YOLANDA
ORNELAS, JESUS OROZCO, NORA
ORTEZA, MARICINNE PACAL, DINORA
PACHECO, ALFONSO PACHECO,
LAURINDA PAGSANJAN, EDITHA
PALAGANAS, JUAN PAN, GRACIANO
PANGILINAN, VIRGINIA PANTALEON,
CONSUELO PARKHAM, CHELSEA TAE-
RYOUNG PARK, VICENTE PERALTA,
ISIDRO PEREZ, MICHAEL PERRY,
ERLINDA PESTANO, VINCENT PHAM,
MANH PHAM, HUNG PHAM, CU PHAM,
TIEN PHAM, VIET PHAM, VAN PHAM,
YVETTE PINSON, MARY JEAN PISCO, JAN
POMORSKI, MANUEL PORRAS, JUAN
PRADO, RIGOBERTO PULIDO, ACHELLE
PUNLA, JOSE VICTORIO QUIATCHON,
MARIO QUIROZ, ROMEO QUREISHI,
CONSUELO RABAYA, EFREM RAMIN,
MILAGROS REOTUTAR, B REPOLLO,
ROMEO REYES, JOSE REYES, AGUSTINA
REYES, LISA RIOS, LORENA RIVAS,

WALTER ROCHA, JAIME RODRIGUEZ,
JORGE RODRIGUEZ, RAFAEL RODRIGUEZ,
MARIA RODRIGUEZ, MOISES RODRIGUEZ,
ROSELLYN ROQUE, CHANTHAVY
SACKDAVONG, DIOSDADO SADANGSAL,
MARIA SALGUERO, SALLY SAMARIS,
JESUS SAN ROQUE, ZOILA SANCHEZ,
GLORIA SANDOVAL, ALBERT SANFORD,
JUAN SANTIAGO, ELISA SANTIAGO,
EMETERIO SANTAIAGO, MADRELYN
SANTOS, STELLA MARIE SASING,
GRACIELA, SAUCEDO, JAMES SCOTT,
KEUM SOO SEOL, JUSTIN SIENG, RUDY B
SILVA, VILMA SIMEON, MARK SMITH,
EDUARDO SOLANA, MEE YOUGN SONG,
ROSIE STEWART, ANTHONY SUICO, BILL
SULLIVAN, CARMELITA SUSBILLA,
DANIEL SUTTON, ANNIE TABLANG,
JETRICK TABLANG, REYNALDO TAGLE,
PATRICIO TAGUDAR, STEPHANIE
TAGUDAR, WILHEMINA TAGUINOD,
JASVEER TAKHAR, MARIETTA TAN, ALEX
TARIOSA, SALVADOR TELLO, HUNG THAI,
JOAQUIN TIANGCO, CHAO WIN TING,
JASMIN TOLEDO, GRACIELA TORRES,
FELIX TORRES, MARIA ZETA, DINGO
TORRICO, HIEN TRAN, THUY TRAN, HONG
TRAN, CHRISTINE TRAN, JACK TRAN,
TRAN TRAN, TOMMY TRAN, TINA TRAN,
VINCENT TRAN, JULIANN MINHTHAO
TRAN, SOMCHAI TUANTHET, MARIA
TUNCHEZ, ARNEL TUPLANO, LUCIA
TUQUERO, FRANCISCO UBANA, HERMILA
URTEZ, TONY VAN ROEKEL, MARTHA
VARGAS, GUSTAVO VELASCO, TERESA
VELAZQUEZ, VICENTE VENTINILLA,
VIRGILIO VILANO, MANUEL VILLANEDA,
ROEL VILLANUEVA, EDDY VILLANUEVA,
MARIO VILLANUEVA, JUAN VIRGEN,
TUAN VU, THOMAS VUONG, RONALD
WRIGHTSIL JR., CHEN XI, SHIRLY XU,
HYUNG IN YANG, LYUDMILA
YERMOLICH, HYUN JONG YOO,
KHLOEUNG YOU, DANIEL YOUNG, ANA
ZAVALA, KEUM HEE AN, BENEDICTO
ARANCILLO, TERESITA AYALA, LOTA
BAUTISTA, NONETTE BERMUDEZ,

1  | REBECA BUCIO, SUSAN CADENASSO, LEE
2  | CARDENAS, ARNOL CARREON, RECA
   | EDORA, BUENA ESCANO, DIANA JONES,
3  | EUN CHUL KIM, ROCIO LAGUTARIS,
   | DIMAS LEMUS, ANTHONY MABUTOL,
4  | EMERALDA MACTAL, RAMIL MANZANO,
   | MENANDRO MIRANDA, VIVENCIA
5  | OBISPO, GENARO PAED, MICHAEL PHAN,
   | ARTHUR QUREISHI, EULALIA RAMOS,
6  | JOCELYN ROSETE, SANG WOO SEOL, EVA
   | TARIO, SEUNG HEE UM, PAZ VERANO,
7  | SUZANNE YIM,
8  | Plaintiffs,

9  | vs.

10 | MORTGAGE ELECTRONIC REGISTRATION
   | SYSTEMS, INC., a California Foreign
11 | Corporation; MERSCORP, INC., a California
12 | Foreign Corporation; and DOES 1 through 10,
   | inclusive,
13
14 |                 Defendants.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| See Attachment to Civil Cover Sheet | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California Foreign Corporation; Does 1 through 10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Carlo O. Reyes, SBN 226150  -Law Offices of Carlo O. Reyes 22122 Sherman Way, Suite 203 ,Canoga Park, CA 91303 Tel. 818 883 8838  Fax. 818 883 8118 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III.)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☑ Yes   ☐ No          ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Predatory Lending; TILA/RESPA Violations; Recision of Contract; Fraud

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark **SOCIAL SECURITY** |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment ☐ 240 Torts to Land ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☑ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: **CV10-9409**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | San Diego, Contra Costa, Santa Clara |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Virginia |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | LOS ANGELES |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved _____

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 11/06/10

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

1   Carlo O. Reyes, SBN 226150
     Law Offices of Carlo O. Reyes
2   22122 Sherman Way Suite 203
     Canoga Park, CA91303
3   Tel. 818 883 8838
     E-mail: carloreyes@att.net
4

5

6

7

8
                     **UNITED STATES DISTRICT COURT**
9                 **CENTRAL DISTRICT OF CALIFORNIA**

10

11  NOAH (National Organization of Assistance for
     Homeowners), a division of Financial Wellness      **CASE NO.**
12  for Homeowners of Ventura County Corp., a
     California Non-Profit Homeowners Association
13  Corporations with chapters NOAH-CONTRA
     COSTA, NOAH-NORTHERN CALIFORNIA,    **ATTACHMENT TO CIVIL COVER PAGE**
14  NOAH-ALAMEDA, NOAH-FRESNO, NOAH-
     SANFERNANDO, NOAH-BURBANK, NOAH-
15  LONG BEACH, NOAH-KOREAN TOWN,
     NOAH-SAN DIEGO, with Individual Members
16  VIRGINIA ABITRIA and RODOLFO
     ABITRIA, ANITA ACACIO, JAIME ACIO,
17  ROSA ACOSTA, ANNABELLE AGUAS,
     FRED AGUILAR, MIGUEL AGUILAR,
18  PEDRO AGUILAR, BERNADETTE
     ALABANZA, RICARDO ALATORRE,
19  MERCEDES ALBANA, FELIPA ALCARAZ,
     BENJAMIN ALVARADO, LODVINA
20  ALVAREZ, ISIDRO ALVAREZ, ANTONIO
     ALVE, JOSE AMAYA, LARA ANDRADA,
21  ANGELA ANDRADE, REBECCA ANDRES,
     CASSANDRA ANDRES, MARILYN ANG,
22  ZUHEY APARICIO, GUILLERMO AQUINO,
     ANACLETO AQUINO, FILBERT JOHN
23  AQUINO, DIVINA ARAGON, INOCENCIA
     ARINDAENG, NELSON AVILA, KATHY BA,
24  BRYAN BA, PAGASA BALGOS, BRUCE
     BANH, LARRY BANTOLA, NICK BARIT,
25  MIGUELITO BARRION, ERLINDA
     BAUTISTA, RUBEN BAUTISTA, AGUSTINA

26

27

28

BAUTISTA, EDWIN BELARMINO, LORENA
BELLO, SHIRLEY BERNALDEZ, GUSTAVO
BETANCOURT ORTIZ, MARIA BOLIVAR,
PEDRO BONGOLAN, PAULA BRENNAN,
ERIBERTO BRUCE, GIAP BUI, MYRNA
BURCE, JERRY LEE BURNETT, PURIZA
BURTON, CECIL CABALU, MICHELLE
CABESAS, NORMA CABUSAS, RODOLFO
CAIREL, ANA CALMA, JOSE CAMACHO,
RODITHA CAMACHO, HOMERO CANTU,
FRANCES CAO, CARMELITA CAPISTRANO,
PEDRO CARBAJAL, ASCENCION CARILLO,
JOSEPH CASCASAN, JOSEPHINE
CASTANAR, DANI CASTANAR, JIM
CASTANEDA, LYDIA CENCIL, ANDREW
CHANG, ROLLY CHENG, RUSS CHICO, IN
HWAN CHOI, DORINDA CHU, KENNY
CHUOR, ANTONIO OMEGA COBACHA,
MARIO CONTRERAS, CONRADO CORPUZ,
CANDALERIA CORTEZ, MARIA CORTEZ,
JUAN CORTEZ, CELSO COSTELO, PELAYO
CRESPO, SEGUNDO CRISTOBAL, JOSE
CRUZ, MERCELINDA CRUZ, LEONARDO
CRUZ JR., JOHNNY CUA, MARK DAI, JOHN
DALY, MELVIN DANCEL, TRAN DAO,
NELSON DAO, EMMANUEL DAVID, MARIA
TERESA DAWA, ROBERTO DE ALBA,
EMMA DE CASTRO, BELINDA DE
GUZMAN, SUMIKAT DE JESUS, ARNEL DE
LA CRUZ, LITA DE LARA, JOSE DE
OCAMPO, MARY GRACE DELA CRUZ,
ROMEO DELGADO, ERBEN DETABLAN,
IRENEO DEYPALAN, DIANA DINH, NIEVA
DIONISIO, CUONG DO, NELSON DOCOT,
DARIO DRAKES, JENIFER DUNGCA,
GERMAN EDUARDO DURAN, PRFERIO
EBORLAS, LYDIA EDEJER, ROBERT
EGREN, RENATO EDORA, CAROLINA
EDORA, GENE EISTER, PAT ELA, FLORO
ESPINOSA, JESUS ESPINOZA, MELANIE
ESPIRITU, SEVERINO ESTILLORE JR.,
DELAMOR FELIPE, RODNEY FENIQUITO,
LEYNE FERNANDEZ, EDUARDO FERRER,
MARIA FILALHO, MARIA FINALET, EDITH
FLORES, ANTONIO FLORES, JOSE FLORES,
PLINY LOU FONDEVILLA, RICARDO
FORTEZA, GUADALUPE GALVEZ,

ROSANNA GARCIA, ENRICO GARCIA,
GRISELDA GARCIA, JESUS GARCIA,
VILMA GARCIA, EVANGELINA GENOVE,
NICK GERMONO, ANGELITA GERONA,
ERNESTO GO, TIMOTHY GO, STEVEN
GONZALES, MANOLO GONZALES,
MARLENE GONZALES, MANUEL
GONZALES, JOSE GONZALEZ,
GUILLERMINA GONZALEZ, MARIA
GONZALEZ, RAMON GONZALEZ, JANE
JESSICA GORTON, KENDELL GRISSETT,
WILLIAM GUILLEN, JOJO GUINGAO,
CARMEN GUTIERREZ, ROSE GUTIERREZ,
ABDELLAH HACHIMI, DAN HANG, SUSAN
HARRISON, RIFAT HASA, BEATRICE
HERNANDEZ, MARY ANN HERNANDEZ,
JESUS HERNANDEZ, MANUEL
HERNANDEZ, MARIA HERNANDEZ,
CARLOS HERRERA, DAVID HERRERA,
MONICA HIRAHARA, SUSAN HOANG,
MICHAEL HOLLMANN, YVONNE HONG,
VAN KHANH HONG, ALI HOXHA, HAN
HUYNH, TAMIE HUYNH, NANCY HYSON,
DOMINADOR IGNACIO, NANSHI IGNACIO,
OSARO IKHYWUREFE, PHILIPP ILAGAN,
ESTHER JAMILA, KI JANG, MODESTO,
JAOJOCO, EVA JIANG, MARIA JIMENEZ,
JOHN KALANDJIAN, OMER KASSA,
NOLETTE MARA KING, PABLO KISLANKA,
MARTIN KOSZEGI, EMYROSE LACUESTA,
CARMEN LACY, PREM LAL, HUE LAM,
GARLAND LANDIS, TITO LANTANO, ELSIE
LAVARIAS, MERLITA LAVARIAS,
COURTNEY LAWSON, EMIL LAXAMANA,
BICH-LOAN LE, KHE LE, TRI-PHUOC LE,
OK IM LEE, RACHEL LICUANAN,
ELEANORLICUP, MIGUEL LINA, SHAINA
LISNAWATI, REBECCA LIVINGSTON,
ADRIANO LLANTINO, JERRY LEEVA,
FELIPE R. LOPEZ, LEONARDO LOPEZ,
MARIO LOPEZ, LONGINO LOPEZ,
LONGINO LOPEZ, JOSE WILFREDO LOPEZ,
GEORGINA LUGO, AUGUSTIN LUGUE,
CHEUK KWAN LUI, ANGELO LUNA, BOND
LY, FRANK MACIAS, LIZ MAGBUAL,
RODOLFO MAGDALENO, TRINH MAI,
THAI MAI, BULMARO MALDONADO,

EMMANUEL MALING, ESTER MALLARI,
ZOILA MALTEX, DAVID MANAOAT,
ROGER MANAOAT, DINDO MANGAWANG,
LOUELLA MANZANO, ROMEO MANZANO
JR., BERNARDO MARIGMEN, MARITZA
MARTINEZ, VIOLETA MARTINEZ, ANDRES
MATALON, DINAH MEDINA, JOSE
MENDEZ, CARLITO MENDOZA,
FLORENTINO MENOR, ROMULO MILLAN,
FLORIDO MIRAN, JEREMY MONAHAN,
JOSE MONTES, ADAN MONTFORT,
FRANCISCA MORALES, RAUL MORENO,
EDMUNDO MURILLO, ROSELIE
MURNANE, SIMADRI NAIDU, VICENTE
NAVA, ROMELO NAVARRO, JAN
NEUFELD, TUAN NGUYEN, ANNIE
NGUYEN, NINA NGUYEN, THAO TRAM
NGUYEN, BAO NGUYEN, JIM NGUYEN,
TIN NGUYEN, ERIC NGUYEN, THOU C.
NGUON NGUYEN, NHA NGUYEN, IKE
NGUYEN, MIKE NGUYEN, NANCY
NGUYEN, MIKE NGUYEN, NANCY
NGUYEN, HENRICO NIVERA, JUAN
MANUEL NUNEZ, PEPITO OBCEMEA,
MERCY OBMERGA, JESUS OLAGUEZ,
ORALIA ONTIVEROS, YOLANDA
ORNELAS, JESUS OROZCO, NORA
ORTEZA, MARICINNE PACAL, DINORA
PACHECO, ALFONSO PACHECO,
LAURINDA PAGSANJAN, EDITHA
PALAGANAS, JUAN PAN, GRACIANO
PANGILINAN, VIRGINIA PANTALEON,
CONSUELO PARKHAM, CHELSEA TAE-
RYOUNG PARK, VICENTE PERALTA,
ISIDRO PEREZ, MICHAEL PERRY,
ERLINDA PESTANO, VINCENT PHAM,
MANH PHAM, HUNG PHAM, CU PHAM,
TIEN PHAM, VIET PHAM, VAN PHAM,
YVETTE PINSON, MARY JEAN PISCO, JAN
POMORSKI, MANUEL PORRAS, JUAN
PRADO, RIGOBERTO PULIDO, ACHELLE
PUNLA, JOSE VICTORIO QUIATCHON,
MARIO QUIROZ, ROMEO QUREISHI,
CONSUELO RABAYA, EFREM RAMIN,
MILAGROS REOTUTAR, B REPOLLO,
ROMEO REYES, JOSE REYES, AGUSTINA
REYES, LISA RIOS, LORENA RIVAS,

WALTER ROCHA, JAIME RODRIGUEZ,
JORGE RODRIGUEZ, RAFAEL RODRIGUEZ,
MARIA RODRIGUEZ, MOISES RODRIGUEZ,
ROSELLYN ROQUE, CHANTHAVY
SACKDAVONG, DIOSDADO SADANGSAL,
MARIA SALGUERO, SALLY SAMARIS,
JESUS SAN ROQUE, ZOILA SANCHEZ,
GLORIA SANDOVAL, ALBERT SANFORD,
JUAN SANTIAGO, ELISA SANTIAGO,
EMETERIO SANTAIAGO, MADRELYN
SANTOS, STELLA MARIE SASING,
GRACIELA, SAUCEDO, JAMES SCOTT,
KEUM SOO SEOL, JUSTIN SIENG, RUDY B
SILVA, VILMA SIMEON, MARK SMITH,
EDUARDO SOLANA, MEE YOUGN SONG,
ROSIE STEWART, ANTHONY SUICO, BILL
SULLIVAN, CARMELITA SUSBILLA,
DANIEL SUTTON, ANNIE TABLANG,
JETRICK TABLANG, REYNALDO TAGLE,
PATRICIO TAGUDAR, STEPHANIE
TAGUDAR, WILHEMINA TAGUINOD,
JASVEER TAKHAR, MARIETTA TAN, ALEX
TARIOSA, SALVADOR TELLO, HUNG THAI,
JOAQUIN TIANGCO, CHAO WIN TING,
JASMIN TOLEDO, GRACIELA TORRES,
FELIX TORRES, MARIA ZETA, DINGO
TORRICO, HIEN TRAN, THUY TRAN, HONG
TRAN, CHRISTINE TRAN, JACK TRAN,
TRAN TRAN, TOMMY TRAN, TINA TRAN,
VINCENT TRAN, JULIANN MINHTHAO
TRAN, SOMCHAI TUANTHET, MARIA
TUNCHEZ, ARNEL TUPLANO, LUCIA
TUQUERO, FRANCISCO UBANA, HERMILA
URTEZ, TONY VAN ROEKEL, MARTHA
VARGAS, GUSTAVO VELASCO, TERESA
VELAZQUEZ, VICENTE VENTINILLA,
VIRGILIO VILANO, MANUEL VILLANEDA,
ROEL VILLANUEVA, EDDY VILLANUEVA,
MARIO VILLANUEVA, JUAN VIRGEN,
TUAN VU, THOMAS VUONG, RONALD
WRIGHTSIL JR., CHEN XI, SHIRLY XU,
HYUNG IN YANG, LYUDMILA
YERMOLICH, HYUN JONG YOO,
KHLOEUNG YOU, DANIEL YOUNG, ANA
ZAVALA, KEUM HEE AN, BENEDICTO
ARANCILLO, TERESITA AYALA, LOTA
BAUTISTA, NONETTE BERMUDEZ,

1  REBECA BUCIO, SUSAN CADENASSO, LEE
   CARDENAS, ARNOL CARREON, RECA
2  EDORA, BUENA ESCANO, DIANA JONES,
   EUN CHUL KIM, ROCIO LAGUTARIS,
3  DIMAS LEMUS, ANTHONY MABUTOL,
   EMERALDA MACTAL, RAMIL MANZANO,
4  MENANDRO MIRANDA, VIVENCIA
   OBISPO, GENARO PAED, MICHAEL PHAN,
5  ARTHUR QUREISHI, EULALIA RAMOS,
   JOCELYN ROSETE, SANG WOO SEOL, EVA
6  TARIO, SEUNG HEE UM, PAZ VERANO,
   SUZANNE YIM,
7
   Plaintiffs,
8

9  vs.

10 MORTGAGE ELECTRONIC REGISTRATION
   SYSTEMS, INC., a California Foreign
11 Corporation; MERSCORP. INC., a California
   Foreign Corporation; and DOES 1 through 10,
12 inclusive,
13
                 Defendants.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28